M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

__NATHANIEL SHAW__
Full name and prison name of
Plaintiff(s)

v.

__D.T. MARSHALL__
__ART BAYLOR__
__C.J. COUGHLIN__
__GINA SAVAGE__
__DR. BATES__

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:07CV606-ID
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff (s) _____

      _____

      Defendant(s) _____

      _____

   2. Court (if federal court, name the district; if state court, name the county)

      _____

      _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _MONTGOMERY COUNTY DETENTION FACILITY P.O. BOX 4599 MONTGOMERY, AL 36103_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _MONTGOMERY COUNTY POLICE DEPARTMENT DETECTIVE DIVISION AND PUBLIX GROCERY STORE LOT._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | SHERIFF D.T. MARSHALL | MONTGOMERY COUNTY POLICE DEPT. |
| 2. | ART BAYLOR CHIEF OF POLICE | MONTGOMERY POLICE DEPT. |
| 3. | SGT. C.J. COUGHLIN #1008 | 320 N. RIPLEY STREET MONTGOMERY, AL. 36104 |
| 4. | GINA SAVAGE JAIL ADMINSTRATOR | MONTGOMERY COUNTY DETENTION FACILITY |
| 5. | DOCTOR BATES DOCTOR | MONTGOMERY COUNTY DETENTION FACILITY |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _MAY 9, 2007 AND ON GOING AS OF THIS 25TH DAY OF JUNE_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _POLICE ABUSE_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff left side of face was mauled into the hot hood of defendants truck causing plaintiff to be nearly blind in plaintiff left eye due to the neligence of the MCDF medical staff

GROUND TWO: Denial of access to the court

SUPPORTING FACTS: On May 27, 2007 plaintiff gave the original of this very complaint to officer Smith to be mailed to the court however, no one in the clerk office seem to have received it. Please copy attached (Exhibit A)

GROUND THREE: Cruel and unusual punishment

SUPPORTING FACTS: Plaintiff being housed in a facility that has little or no ventilation. That is infested with spiders that are biting inmates. Denial of recreation but once a month. Denial of medical treatment where plaintiff is nealy total blind in left eye and all Doctor Bates has done is dilated plaintiff eye.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*PLAINTIFF REQUEST THAT A FULL SCALE INVESTIGATION OF THE MONTGOMERY POLICE DEPARTMENT ARREST PROCEDURE AND THE TAKING OF PROPERTY. PLAINTIFF REQUEST THAT AN FULL SCALE INVESTIGATION AND AN AUDIT BE HELD TO SEE WHERE (SEE ATTACHED)*

*Nathaniel Shaw*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6-25-2007___.
         (Date)

*Nathaniel Shaw*
Signature of plaintiff(s)

CONTINUATION OF VI.

THE FEDERAL FUNDS ARE BEING SPENT PER EACH INMATE DAILY. PLAINTIFF REQUEST THAT HE BE MOVED TO A FEDERAL HOLDING FACILITY DOING THE PENDENCY OF THIS COMPLAINT. PLAINTIFF REQUEST THAT THE COURT WILL ORDER THE DEFENDANTS NOT TO HARRASS THE PLAINTIFF OR PLACE PLAINTIFF IN THREATING POSITIONS. PLAINTIFF REQUEST THAT THE COURT ORDER THE DEFENDANTS TO PROVIDE PLAINTIFF WITH FULL MEDICAL TREATMENT TO SAVE THE VISION IN HIS LEFT EYE OR SINCE PLAINTIFF IS A 100% SERVICE CONNECT DISABLE VETERAN THAT HE BE TAKEN TO A V.A. MEDICAL FACILITY FOR TREATMENT. PLAINTIFF IS TRULY IN FEAR OF HIS SAFETY AT THE MONTGOMERY DETENTION FACILITY AND REQUEST TO BE MOVED TO A FEDERAL HOLDING FACILITY. PLEASE COMPLAINT THAT WAS MAILED AND CAN BE WITNESSED BY OTHER INMATES IT WAS MAILED BUT APPEAR TO HAVE NEVER REACHED THE COURT. PLAINTIFF FEEL THREATENED BY THIS ALONE, THE STOPPING OF U.S. MAIL.

PLAINTIFF REQUEST THE COURT TO ORDER EACH DEFENDANT TO PAY PLAINTIFF $75,000.00 EACH IN PUNITIVE DAMAGES AND $50,000.00 FOR PAIN AND MENTAL ANGUISH SUFFERED.

PLEASE SEE (EXHIBIT "A") COPY OF COMPLAINT FORWARD IN SEPERATE LETTER

NATHANIEL SHORT
BOOKING # D9359
P.O. BOX 4599
MONTGOMERY, AL.
36103

INMATE MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711