IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL 19 A 9:[ ]
[DE]BRA P. HACKETT, C[LK]
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

NATHANIEL SHAW,          )
                        )
        PLAINTIFF,       )
                        )
    V.                   )   CIVIL ACTION NO. 2:07-CV-606-ID
                        )   [WO]
                        )
D. T. MARSHALL, et al.,  )
                        )
        DEFENDANTS.      )

## MOTION FOR TEMPORARY INJUNCTION

COME NOW THE PLAINTIFF NATHANIEL SHAW, IN THE ABOVE STYLE CAUSE, AND MOVE THIS HONORABLE COURT TO INTERVENE BY ORDER OF ITS INJUNCTIVE POWER TO STOP THE MEDICAL NEGLIGENCE OF THE DEFENDANTS.

### GROUNDS

PLAINTIFF HAS WRITTEN REQUEST THAT HE MAY BE REFERRED TO AN EYE SPECIALIST THAT THE VISION IN PLAINTIFF LEFT EYE MIGHT BE PRESERVED PLAINTIFF REQUESTED THAT HE MIGHT BE REFERRED TO AN EYE SPECIALIST

to defendant Doctor Bates, who stated that plaintiff had to get his lawyer or a court order to do that.

Plaintiff health and vision is being placed in danger due to the fact that plaintiff is a diabetic plaintiff and the defendants and their agents does not provide any diabetic inmates with a diabetic snack causing diabetic patients to go some thirteen hours without food because the last meal is fed at 5:00 oclock in the evening and breakfast is fed about 6:30 in the morning. Plaintiff is basically blind in his left eye due to medical negligence.

### RELIEF

Plaintiff humbly pray that his Honorable Court will order the defendants to take plaintiff to an eye specialist. Plaintiff has funds available for the cost. Plaintiff is a hundred percent service connected disable veteran and can get medical treatment at any V.A. Hospital in the United States of America. Plaintiff pray

THAT THIS HONORABLE COURT ORDER THAT ITS INVESTIGATIVE VEHICLE GO FORWARD AND INVESTIGATE ALL OF THE ALLEGATIONS SET FORTH BY PLAINTIFF IN THIS CIVIL RIGHTS COMPLAINT. PLAINTIFF BEING A LAYMAN AT LAW HUMBLY PRAY AND REQUEST OF THIS COURT TO BE APPOINTED COUNSEL TO REPRESENT PLAINTIFF AND GRANT THIS MOTION FOR TEMPORARY INJUNCTION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

JULY 16, 2007
DATE

*Nathaniel Shaw*
SIGNATURE OF PLAINTIFF

NATHANIEL SHAW
BOOKING # 89354 MCDF
P.O. BOX 4599
MONTGOMERY, ALABAMA 36103

MONTGOMERY AL 361
18 JUL 2007 PM 3
USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711