IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On July 19, 2007, the plaintiff filed a motion for temporary injunction (Court Doc. No. 5), which the court construes as a motion for preliminary injunction pursuant to Rule 65, *Federal Rules of Civil Procedure*. Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 8, 2007 the defendants shall show cause why the motion for preliminary injunction should not be granted. The Clerk is hereby DIRECTED to provide the defendants with a copy of the aforementioned motion.

Done this 19th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE