## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X G. Brown — ☐ Agent ☐ Addressee
B. Received by (Printed Name): A. Brown
C. Date of Delivery

1. Article Addressed to:

Montgomery County Dentention Facility
c/o Gina Savage, Jail Administrator
P.O. Box 4599
Montgomery, AL 36103

07cv606 (1,4,5,6)

Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2. Article Number (Transfer from service label): 7005 1160 0001 2556 6865

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X G. Brown — ☐ Agent ☐ Addressee
B. Received by (Printed Name): A. Brown
C. Date of Delivery

1. Article Addressed to:

Montgomery County Dentention Facility
c/o D.T. Marshall, Sheriff
P.O. Box 4599
Montgomery, AL 36103

07cv606 (1,4,5,6)

Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

2. Article Number (Transfer from service label): 7006 2760 0005 4873 0096

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X G. Brown — ☐ Agent ☒ Addressee
B. Received by (Printed Name): A. Brown
C. Date of Delivery

1. Article Addressed to:

Montgomery County Dentention Facility
c/o Doctor Bates
P.O. Box 4599
Montgomery, AL 36103

07cv606 (1,4,5,6)

Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

2. Article Number (Transfer from service label): 7005 1160 0001 2556 6858

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540