**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NATHANIEL SHAW,** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 2:07-CV-606-ID** |
| | ) |
| **D. T. MARSHALL, et al.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Constance C. Walker, of the law firm of Haskell SlaughterYoung

& Gallion, LLC, and files this notice of appearance as co-counsel for the Defendants D.T.

Marshall and Gina Savage

Respectfully submitted this 6th day of August, 2007.


/s/ Constance C. Walker
Constance C. Walker (ASB-5510-L66C)
Attorney for the Defendants
D. T. Marshall and Gina Savage

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
(334)265-8573
(334)264-7945 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Wayne P. Turner
Post Office Box 152
Montgomery, Alabama  36101-0152

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 6th day of August, 2007, addressed as follows:


Nathaniel Shaw
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103


/s/Constance C. Walker
OF COUNSEL