IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Thomas T. Gallion, III, of the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance as co-counsel for the Defendants D.T. Marshall and Gina Savage

Respectfully submitted this 6th day of August 2007.

/s/ Thomas T. Gallion, III
Thomas T. Gallion, III (ASB-5295-L74T)
Attorney for the Defendants
D. T. Marshall and Gina Savage

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
(334)265-8573
(334)264-7945 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Wayne P. Turner
Post Office Box 152
Montgomery, Alabama  36101-0152

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 6th day of August, 2007, addressed as follows:

Nathaniel Shaw
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103

                                            /s/Thomas T. Gallion, III
                                            OF COUNSEL

50051-606
#27,399