IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| NATHANIEL SHAW | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.-2:07-CV-606-ID |
| | ) |
| D.T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2007 AUG -7 A 9: 54

## NOTICE OF APPEARANCE

Comes now Wayne P. Turner, Attorney at Law, and gives notice of appearance as attorney of record for Defendant, Johnny E. Bates, M.D.

Respectfully submitted this the 7 day of August, 2007.

WAYNE P. TURNER (TUR009)
Attorney for Defendant Bates

**OF COUNSEL:**

Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___7___ day of August, 2007, sent an exact copy of the foregoing document by U.S. Mail, postage prepaid and properly addressed to the following:

Nathaniel Shaw c/o
Montgomery County Detention Facility
Booking # 89354
P.O. Box 4599
Montgomery, Alabama 361063


Connie C. Walker, Esq.
Attorney for Defendants
D.T. Marshall, Gina Savage,
and C.J. Coughlin
305 South Lawrence Street
Montgomery, Alabama 36104

Allison Highley, Esq.
City Attorney for
Defendant Art Baylor
P.O. Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL