IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| NATHANIEL SHAW | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO.-2:07-CV-606-ID |
| | ) |
| D.T. MARSHALL, et al., | ) |
| | ) |
|     Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Comes now the Defendant, Johnny E. Bates, M.D., in compliance with this Court's Order of July 19, 2007, files this his Response to Plaintiff's Motion For Preliminary Injunction.

It appears that the only injunctive relief requested in the Plaintiff's Motion for Preliminary Injunction is that he be referred to an eye specialist. This Defendant is of the belief that such referral is unnecessary and that the Plaintiff has received adequate medical care while in the custody of Montgomery County. Such opinion is based upon facts set forth in an affidavit, which is being filed simultaneously with this pleading.

Respectfully submitted this the ___7___ day of August, 2007.

_____
WAYNE P. TURNER (TUR009)
Attorney for Defendant Bates

OF COUNSEL:

Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this ___7___ day of August, 2007, sent an exact copy of the foregoing document by U.S. Mail, postage prepaid and properly addressed to the following:

Nathaniel Shaw c/o
Montgomery County Detention Facility
Booking # 89354
P.O. Box 4599
Montgomery, Alabama 36103


Connie C. Walker, Esq.
Attorney for Defendants
D.T. Marshall, Gina Savage,
and C.J. Coughlin
305 South Lawrence Street
Montgomery, Alabama 36104

Allison Highley, Esq.
City Attorney for
Defendant Art Baylor
P.O. Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL