IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 AUG -7 A 9:55

| | | |
|---|---|---|
| **NATHANIEL SHAW** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.-2:07-CV-606-ID** |
| **v.** | ) | |
| | ) | |
| **D.T. MARSHALL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT**

Before me, the undersigned authority, personally appeared Johnny E. Bates, M.D., who, after first being duly sworn, says as follows:

"My name is Dr. Johnny E. Bates. I have been licensed to practice medicine in the State of Alabama since 1985 and I am also licensed in the State of Tennessee. I am board certified in internal medicine. I provide medical services to inmates at the Montgomery County Detention Facility (MCDF) pursuant to a contract with Montgomery County.

The following is a summary of the facts surrounding my relationship with the Plaintiff, Nathaniel Shaw. In preparing such summary I have reviewed Nathaniel Shaw's medical record, a copy of which is attached hereto as Exhibit A, I have conferred with my nurse, Jane Lawrence, and I have relied upon my own independent recollection.

The inmate was incarcerated on May 9, 2007, at the MCDF. His initial intake screen, which was completed by a lieutenant at the MCDF, revealed that he had the following medical problems:

1) Diabetes

2) Hypertension

    3) Post Traumatic Stress Disorder

    4) History of Paranoid Schizophrenia

    5) Heavy use of crack cocaine and marijuana

His medication at the time of admission to the jail consisted of Glucophage, 500mg twice daily and Aspirin, 81mg once daily. The inmate stated that he wears glasses, and the officer did not see any evidence of trauma. The inmate appeared at the time to be under the influence. (Please see the officer's intake sheet dated May 9, 2007).

A nursing physical assessment and evaluation was performed on May 12, 2007 by Jane Lawrence R.N. and subsequently reviewed by me. The inmate denied any problems at that time. He stated that he wore glasses, but that he did not have them. The inmate had no visible signs of trauma and did not complain of decreased visual acuity greater than his baseline. (See intake screening by Jane Lawrence R.N. dated May 12, 2007).

On May 12, 2007 the inmate filled out a sick call request in which he said, "Diabetic and need my glasses from the City. When I got booked at the city jail they never transported my glasses with me. Need med A.S.A.P." The patient was seen on the same day and his medications started. His blood sugar was checked for two weeks twice daily and, after determining that his blood sugar was under good control, the order was changed to once daily. (The patient is a Type II Diabetic with good control, not requiring close glucose monitoring). Blood sugar checks are enclosed with the medical records. The patient did not mention any injury to his eye at this time and only requested his glasses.

The inmate was next seen at sick call on June 8, 2007 after having filled out a sick call request on June 4, 2007. The inmate stated, "Blindness in left and numbness in left arm and left side." The inmate was examined and, at that time, he had vision in his left eye on confrontation (a method of checking for vision not reliant upon the patient's compliance). He stated that he could see and count

my fingers held in front of him, but that they were blurry. The inmate was not wearing his prescription glasses at the time. In my note that day, under the subjective findings, I noted that the inmate stated that he had been blind in his left eye for several months, but that it had gotten worse over the past 3-4 weeks. The inmate related during that visit, but not recorded in my medical record, that it had gotten worse after the Montgomery City Police pushed the left side of his head down onto the hood of a hot vehicle and that he intended to sue the Montgomery City Police Department. Although the inmate complained of left arm and left side numbness, his neurological exam was normal. It is to be noted that if the inmate was correct and he sustained an injury to the left side of his head, any neurological deficit would have occurred on his right side. I did not feel my exam on that day was adequate, so I had the inmate brought back for a re-exam so that I could dilate his pupil and get a good look at the fundus of the eye to rule out a treatable cause for his perceived decreased vision. This re-exam occurred on June 18, 2007 and I dilated his pupil and did a fundoscopic exam, which did not reveal an abnormality which could lead to the patient's complaint. In particular I saw no evidence of retinal detachment, severe diabetic retinopathy or cupping of the disc (suggestive of glaucoma).

Despite the normal exam I felt that one additional test was warranted, that being a measurement of his ocular pressure to further rule out the possibility of glaucoma. I had to purchase the equipment to accomplish this task, but his pressures were measured on July 2, 2007 and found to be 2, which is completely normal.

The inmate was not referred out of the facility for the following reasons:

1. The injury, according to the inmate, occurred prior to the date of his booking, which was May 9, 2007. At the time of his booking there was no complaint of visual problems and no evidence of trauma. The only request that the inmate had at that time was for his glasses and the institution

of his diabetic meds.

2. It was almost a month later when the inmate complained of a loss of vision in his left eye. Ths could not be confirmed on exam, and no treatable cause for his stated condition could be found. In addition, not noted in the medical record, is the fact that the inmate informed me that he had his last eye exam 6 months earlier. In my judgment there was no treatable condition that would warrant an offsite evaluation. His neurological complaints also did not appear to be legitimate, as he has a normal neurological exam, and his complaints are highly unlikely, given the scenario of injury he describes.

3. I suspect that the inmate's decreased vision is likely due to decreased visual acuity from a refractive error, which is correctable with the use of his glasses.

JOHNNY E. BATES, M.D.

SWORN TO and SUBSCRIBED before me this 6th day of August, 2007.

NOTARY PUBLIC
My Commission Expires: 06-01-08

WAYNE P. TURNER (TUR009)
Attorney for Defendant Bates

**OF COUNSEL:**

Wayne P. Turner, Esq.
Bar Number: ASB7227T80W
Attorney for Defendant Bates
1505 Madison Avenue
Montgomery, AL 36107
(334) 420-6560 Telephone
(334) 265-9299 Facsimile
waynetlaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7 day of August, 2007, sent an exact copy of the foregoing document by U.S. Mail, postage prepaid and properly addressed to the following:

Nathaniel Shaw c/o
Montgomery County Detention Facility
Booking # 89354
P.O. Box 4599
Montgomery, Alabama 36103

Connie C. Walker, Esq.
Attorney for Defendants
D.T. Marshall,Gina Savage,
and C.J.Coughlin
305 South Lawrence Street
Montgomery, Alabama 36104

Allison Highley, Esq.
City Attorney for
Defendant Art Baylor
P.O. Box 1111
Montgomery, Alabama 36101-1111

OF COUNSEL

# QCHC SICK CALL REQUEST

Check one: ______Dental ✓ Medical ______Mental Health

Name: NATHANIEL SHAW Inmate I.D. Number 89354

Social Security No. 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

Housing Unit 3-B-3

Medical Problem (be specific): BLINDNESS IN LEFT AND NUMBNESS IN LEFT ARM AND LEFT SIDE.

Inmate's Signature Nathaniel Shaw Date 6-4-07 Time 4:40

FOR MEDICAL UNIT USE ONLY

S: Pt [illegible] (L) eye [illegible] 3-4 wk. Pt is a known [illegible]

O: T 98 P 66 RR____ BP 120/74 WT____ Sat 97%

HEENT [illegible] (L) eye [illegible] (L) [illegible] not visualized well. Will dilate pupil [illegible]

A: [illegible] ? [illegible] (L) Eye. [illegible]

P: 1) [illegible]

2) [illegible] pupil next week [illegible] re-exam.

E:

Disposition:

Nursing Protocol:

Provider's Signature: [signature] Date 6/8/07 Time______

Referred to Physician ☐ Appointment Date______ Time______

EXHIBIT A

Last First Middle Initial

Name

Inmate #

Date Allergies

Facility

SIG.

Physician Signature:

4

Last First Middle Initial

Name

Inmate #

Date Allergies

Facility

SIG.

Physician Signature:

3

Last First Middle Initial

Name [illegible] [illegible]

Inmate #

Date 6/28/07 Allergies

Facility

1) [illegible]

Noted by E [illegible] LPN @ 4:00 pm on 6/28/07

2

Last | First | Middle Initial

Name Shaw Nathaniel

Date 6/8/07 Allergies

Inmate #

Facility

SIG.

1) Flu ↑ 10 day.

Physician Signature:

4

Last | First | Middle Initial

Name Shaw Nathaniel

Date 5/18/7 Allergies

Inmate #

Facility

SIG.

1) Δ BS checks to once daily ↑ AM only

Noted 5/18/07

Physician Signature:

3

Last | First | Middle Initial

Name Shaw Nathaniel

Date 5/12/07 Allergies NKDA

Inmate # 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

Facility MCDF

HCTZ 25 mg QD

Glucophage 500 mg ÷ tab PO BID

Asprin 81 mg ÷ tab QD

BS Check BID

Noted

DOB 3/1/49

5/18/07

V.O. Dr. Bates / [illegible], LPN

2

# QCHC Initial Inmate Health Assessment

**IDENTIFICATION:**

M.R. # 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 DATE 5/12/07

NAME: Shaw, Nathaniel D.O.B.: 3/1/49

RACE Black SEX Male AGE 58

NEXT OF KIN Sarah Rhodes (sister) PHONE (904) 696-5510
Valerie Shaw (daughter) (904) 768-9093

FEMALE: N/A PARA ____ GRAV. ____ AB ____ LMP ____ BC ____

ALLERGIES: NKDA

**PREVIOUS INCARCERATIONS: (facility & date)** Montg. City Jail May 2007

**HISTORY:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | 0 HEART DISEASE | 6. | 1 DIABETES | 11. | 1 EYE DISEASE |
| 2. | 0 LUNG DISEASE | 7. | 0 HEPATITIS | 12. | 1 HYPERTENSION |
| 3. | 0 KIDNEY DISEASE | 8. | 0 VENEREAL DISEASE | 13. | 0 CANCER |
| 4. | 0 LIVER DISEASE | 9. | 0 SICKLE CELL | 14. | 0 PARASITES |
| 5. | 0 EPILEPSY | 10. | 0 ARTHRITIS | 15. | 0 RECTAL BLEED |

(1—POSITIVE; 0—NEGATIVE)

ABNORMAL FINDINGS:

MEDICAL HISTORY: Diabetic - Glucophage 500 mg ÷ tab BID, wears prescription glasses not c̄ I/M @ present, HTN,

SURGICAL HISTORY:

DENTAL HISTORY:

MENTAL HEALTH HISTORY: Florida State Mental Hospital 1994-95

**PHYSICAL EXAM:**

-238 HT: 6'2 WT: 173 B/P: 130/78 T: 98.5 P: 69 R: 20 98%

GENERAL APPEARANCE: WNL

DENTAL STATUS: WNL

MENTAL STATUS: WNL

| | | | | | |
|---|---|---|---|---|---|
| EYES | 0 | SCALP | 0 | BREASTS | 0 |
| EARS | 0 | SKIN | 0 | GENITALIA | 0 |
| NOSE | 0 | CHEST | 0 | EXTREMITIES | 0 |
| PHARYNX | 0 | ABDOMEN | 0 | GAIT | 0 |

(1—ABNORMAL; 0—NORMAL)

ABNORMAL FINDINGS:
wears glasses - does not have them

continues

Shaw, Nathaniel

## MENTAL HEALTH EVALUATION

| Interview: | | Mental Status Assessment: | |
|---|---|---|---|
| History of psychiatric treatment | yes | Depressed | yes |
| Current psychotropic medication | no | Suicidal | no |
| Suicidal ideation or behavior | no | Agitated | ↓ |
| Drug usage | yes | Paranoid | ↓ |
| Alcohol usage | no | Disoriented | ↓ |
| Sex offenses | no | Hallucinations | ↓ |
| Violent behavior | no | Delusional | ↓ |
| Victim of criminal violence | no | Withdrawal | ↓ |
| Special education placement | no | Violent | ↓ |
| Cerebral trauma or seizures | no | Other | ↓ |
| Response to incarceration | calm | | |

Comments: Crack, marijuana - last use 5/9/07 (heavy user)

## DENTAL SCREENING:

| | |
|---|---|
| No Apparent Disease | |
| Dental Caries | |
| Dentures, Partial | full denture upper/lower |
| Gum Disease | |
| Intra-Oral Lesions | |

Comments:

## LABORATORY:

TBC SKIN TEST DONE PER JAIL HEALTH POLICY

HIV REQUESTED: DATE ______ RESULT ______

HIV REQUESTED: DATE ______ RESULT ______

## MISCELLANEOUS:

Comments:

[signature] RN Reviewed by: [signature] MD

5yo / 9M
° Glucophage 500 mg ÷ BID   ° HTN Meds   VA Jacksonville, FL
° Asp 81 mg ÷ QD   ° Paranoid Schizophrenic, Post traumatic Stress disorder
° BS √ Has not been checking at home   ° Crack, marijuana - 5/9/07 Q day Heavy user

ADMISSION QUESTIONS-MEDICAL

OFFICER/INMATE INTAKE QUESTIONNAIRE

| Last Name | First Name | Middle | Intake Date | Time AM/PM |
|---|---|---|---|---|
| Shaw | Nathaniel | | 5-9-07 | 1750 (PM) |

| Sex | Social Security No. | DOB | Allergies |
|---|---|---|---|
| M | 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 | 3-1-49 | |

Currently Under Physician Care for:

*HAS A PHYSICIAN TOLD YOU THAT YOU HAVE, OR HAVE BEEN TREATED FOR:*

| Condition | Yes | No |
|---|---|---|
| Alcoholism | Yes | ~~No~~ |
| Asthma | Yes | ~~No~~ |
| High blood Pressure | ~~Yes~~ | No |
| Diabetes | ~~Yes~~ | No |
| Drug Addiction | ~~Yes~~ | No |
| Cancer | Yes | ~~No~~ |
| Heart Problems | ~~Yes~~ | No |
| Hepatitis | Yes | ~~No~~ |
| Ulcers | Yes | ~~No~~ |
| Kidney Problems | Yes | ~~No~~ |
| Intestinal Problems | Yes | ~~No~~ |
| Mental Health | ~~Yes~~ | No |

| Condition | Yes | No |
|---|---|---|
| Seizures | Yes | ~~No~~ |
| Sickle Cell Anemia | Yes | ~~No~~ |
| Suicide Attempts | Yes | ~~No~~ |
| Venereal Disease (s) | Yes | No |
| Tuberculosis | Yes | ~~No~~ |
| Eye Problem | ~~Yes~~ | No |
| Other: | | |
| | | |
| Female: | Yes | No |
| Reproductive Problems | | |

Do you wear glasses or contacts? (Yes) No   Weight Loss (greater than 20 pounds in last 3 months) Constant Cough

Have you been in the hospital in the past 6 months? Yes ~~No~~ Why?

~~Are you on any current medications? Yes No If yes, what?~~

Female: When was your last menstrual period?

OFFICER OBSERVATION /VISUAL EXAM:

The inmate showing signs of trauma or injuries: Yes ~~No~~ If yes, where:

How does the inmate state the injury occurred?

The inmate a suicide risk: Yes ~~No~~

Inmate appear to be under the influence of drugs or alcohol: ~~Yes~~ No

Are there signs of drug or alcohol withdrawal: Yes ~~No~~

Officers Name/Signature [signature] Date 5-9-07 Time 1750

*INMATE VERIFICATION AND CONSENT:*

*We answered all questions truthfully. I have been told and shown how to obtain medical services while incarcerated. I hereby give my consent and authorize health services to be provided to me by and through Southern Health Partners, Inc., the on-site medical provider. I further authorize the release of any and all medical records and/or treatment information be released to the designated healthcare provider within this facility, as well as transfer of this information to the next jurisdiction if any.*

Inmates Signature [signature] Date: 5-9-07

OD

# QCHC Follow-Up Daily and PRN Glucose-Checks

Name: Shaw, Nathaniel  order changed  ID/DOB 08/01/49

Blood Sugar Check ordered BID

| Date | Time | Blood Sugar | Insulin | Dose | Site | Signature |
|---|---|---|---|---|---|---|
| [illegible] | PM | 238 | Ø | Ø | Ø | [illegible] LPN |
| [illegible] | AM | 181 | Ø | Ø | Ø | [illegible] LPN |
| 5/13/07 | PM | 110 | Ø | Ø | Ø | [illegible] LPN |
| 5/14/07 | am | 113 | Ø | Ø | Ø | S. Arrington |
| [illegible] | PM | 134 | Ø | Ø | Ø | D Colvin LPN |
| 5/15/07 | am | 127 | Ø | Ø | Ø | S. Arrington |
| 5/15/07 | PM | 124 | Ø | Ø | Ø | [illegible] |
| [illegible] | am | 110 | Ø | Ø | Ø | S. Arrington |
| [illegible] | PM | refused | | | | DC |
| 5/17/07 | Am | 125 | Ø | Ø | Ø | S. Arrington |
| 5/17/07 | PM | 116 | Ø | Ø | Ø | [illegible] |
| [illegible] | am | 99 | Ø | Ø | Ø | S. Arrington |
| [illegible] | PM | 163 | | | | DC |
| | | | | | | |

# QCHC Follow-Up Daily and PRN Glucose-Checks

Name: Lewis, Nathaniel ID/DOB 3/1/49

Blood Sugar Check ordered BS √ Q day AM

| Date | Time | Blood Sugar | Insulin | Dose | Site | Signature |
|---|---|---|---|---|---|---|
| [illegible] | Am | No SHOW | | | | B. Boglin |
| [illegible] May 07 | Am | 115 | ø | ø | ø | B. Boglin |
| 21 May 07 | am | 97 | ø | ø | ø | S. Arrington |
| [illegible] May 07 | am | no show | | | | S. Arrington |
| [illegible] | am | 101 | ø | ø | ø | S. Arrington |
| [illegible] May 07 | am | 87 | ø | ø | ø | S. Arrington |
| 26 May 07 | am | 97 | ø | ø | ø | S. Arrington |
| [illegible] | Am | I/m Refused to Show for Am √ | | | | E. Clift |
| [illegible] | PM | 117 | ø | ø | ø | H. Lawson |
| 5-28-07 | Am | 87 | ø | ø | ø | E. Clift |
| 5 May 07 | Am | 110 | ø | ø | ø | S. Arrington |
| [illegible] | AM | 108 | ø | ø | ø | S. Arrington |
| [illegible] | am | 104 | ø | ø | ø | S. Arrington |
| 5.31.07 | am | 93 | ø | ø | ø | S. Arrington |
| [illegible] 07 | am | 104 | ø | ø | ø | S. Arrington |
| [illegible] | PM | 170 | ø | ø | ø | E. Clift |
| [illegible]-2-07 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# QCHC Follow-Up Daily and PRN Glucose-Checks

3B

Name: Shaw, Nathaniel ID/DOB 3/1/49

Blood Sugar Check ordered: BS ✓ Q Am (only)

| Date | Time | Blood Sugar | Insulin | Dose | Site | Signature |
| --- | --- | --- | --- | --- | --- | --- |
| [illegible]-07 | Am | I/M Refused verbally | — | — | — | E. Clifton |
| [illegible] | am | I/M refused verbally | — | — | — | S. Arrington |
| [illegible] | am | 113 | Ø | Ø | Ø | S. Arrington |
| 6-5-07 | am | 96 | Ø | Ø | Ø | S. Arrington |
| [illegible] | am | 99 | Ø | Ø | Ø | S. Arrington |
| [illegible] | am | 105 | Ø | Ø | Ø | S. Arrington |
| 6-8-07 | am | | | | | |
| 6-9-07 | Am | 79 | Ø | Ø | Ø | E. Clifton |
| [illegible] | Am | 120 | Ø | Ø | Ø | E. Clifton |
| [illegible] | am | no show / refused | — | — | — | S. Arrington |
| 6-12-07 | am | 119 | Ø | Ø | Ø | S. Arrington |
| 6-13-07 | am | 121 | Ø | Ø | Ø | S. Arrington |
| [illegible] | am | 86 | Ø | Ø | Ø | S. Arrington |
| [illegible] | Am | 111 | Ø | Ø | Ø | [illegible] |
| 17 June 07 | AM | Refused | — | — | — | [illegible] |
| 18 June 07 | am | 103 | Ø | Ø | Ø | S. Arrington |
| [illegible] | am | no show / refused | — | — | — | S. Arrington |
| [illegible] | PM | | | | | |
| 20 June 07 | am | 81 | Ø | Ø | Ø | S. Arrington |
| 21 June 07 | am | 115 | Ø | Ø | Ø | S. Arrington |
| [illegible] | am | 93 | Ø | Ø | Ø | S. Arrington |

3B

# QCHC Follow-Up Daily and PRN Glucose-Checks

Name: Shaw, Nathaniel ID/DOB: 3/1/49

Blood Sugar Check ordered: BS ✓ @ Am (only)

| Date | Time | Blood Sugar | Insulin | Dose | Site | Signature |
|---|---|---|---|---|---|---|
| 6-23-07 | AM | No Show Refused | | | — | E. Clif |
| 6-24-07 | AM | 98 | Ø | Ø | Ø | E. Clif |
| 6-25-07 | am | no show / refused | | | — | S. Arrington |
| 6-26-07 | am | 140 | Ø | Ø | Ø | S. Arrington |
| 6-27-07 | am | 130 | Ø | Ø | Ø | S. Arrington |
| 6-28-07 | am | 106 | Ø | Ø | Ø | S. Arrington |
| 6-29-07 | am | 106 | Ø | Ø | Ø | S. Arrington |
| 30 Jun | AM | 103 | Ø | Ø | Ø | Bo[illegible] |
| 1 Jul | AM | 95 | Ø | Ø | Ø | BD |
| [illegible] July 07 | am | 102 | Ø | Ø | Ø | S. Arrington |
| 3 July 07 | am | 104 | Ø | Ø | Ø | S. Arrington |
| 4 July 07 | am | 237 | ERROR | Ø | Ø | S. Arrington |
| 4 July 07 | am | 112 | Ø | Ø | Ø | S. Arrington |
| 5 July 07 | am | 110 | Ø | Ø | Ø | S. Arrington |
| 6 July 07 | am | 114 | Ø | Ø | Ø | S. Arrington |
| 7 Jul 07 | AM | 122 | Ø | Ø | Ø | B |
| 8 Jul 07 | AM | 110 | Ø | Ø | Ø | B |
| 9 July 07 | am | 97 | Ø | Ø | Ø | S. Arrington |
| 7-10-07 | AM | 95 | Ø | Ø | Ø | S. Arrington |
| 7-11-07 | am | refused / no show | | | — | S. Arrington |
| 7-12-07 | am | 102 | Ø | Ø | Ø | S. Arrington |

# QCHC SICK CALL REQUEST

heck one: ______ Dental ✓ Medical ______ Mental Health

ame: Nathaniel Shaw

Inmate I.D. Number 89354

Social Security No. 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

Housing Unit 3B-3

ledical Problem (be specific): Diebetic and need my Glasses from the City. When I got Booked at City jail they never transported my Glasses with me. Need Med ASAP

Inmate's Signature Nathaniel Shaw Date 12 may 07 Time ______

OR MEDICAL UNIT USE ONLY

S: Issue handled regarding diabetes during H&P on 5/12/07. [signature], LPN

: T______ P______ RR______ BP______ WT______

A: ______

P: ______

E: ______

Disposition: ______

Nursing Protocol: ______

Provider's Signature: ______ Date ______ Time ______

Referred to Physician ☐ Appointment Date ______ Time ______

PHYSICIAN'S PROGRESS NOTES

NOTES MUST BE SIGNED BY PHYSICIAN

S: Pt is [illegible] (L) eye. [illegible] [illegible] before he was found [illegible] on the [illegible] of a car by a police officer.

O: (L) eye [illegible]

[illegible]

[illegible]

A: ? [illegible]

P: [illegible]

[signature]

Pressure measured in (L) eye [illegible] was 02.

[signature]

FIRST MIDDLE DOB

To: Wayne Turner Page 8 of 12 2007-07-31 00:14:51 (GMT) 12052788713 From: Johnny Bates