**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NATHANIEL SHAW**, )  ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. **2:07-CV-606-ID-SRW** |
| **D.T. MARSHALL**, et al., ) ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

COMES NOW Allison H. Highley, Associate City Attorney for the City of Montgomery, and files this notice of appearance as counsel for Defendants Art Baylor and C. J. Coughlin.

Respectfully submitted this 7th day of August 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants Art Baylor
and C. J. Coughlin

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

> Wayne P. Turner, Esq.
> Post Office Box 152
> Montgomery, Alabama 36101
>
> Constance C. Walker, Esq.
> Thomas T. Gallion, III, Esq.
> Haskell Slaughter Young & Gallion, LLC
> 305 South Lawrence Street
> Montgomery, Alabama 36104

I further certify that on August 7, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

> Nathaniel Shaw
> Montgomery County Detention Facility
> Post Office Box 4599
> Montgomery, Alabama 36103

                                                /s/ Allison H. Highley
                                                Of Counsel