IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-606-ID-SRW** |
| ) | |
| **D.T. MARSHALL**, et al., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

COME NOW Defendants Art Baylor and C. J. Coughlin, by and through counsel, and respectfully submit this response to this Court's *Order* (Doc. 6) and say:

1. On July 19, 2007, this Court ordered the defendants in the case to show cause why Plaintiff's *Motion for Temporary Injunction* (Doc. 5) should not be granted. (Doc. 6). In his motion (Doc. 5), Plaintiff demands a referral to an eye specialist and a "diabetic snack" between dinner and breakfast.

2. Plaintiff is currently incarcerated in the Montgomery County Correctional Facility ("MCCF"), which is operated exclusively by Montgomery County. Defendants Baylor and Coughlin are both members of the Montgomery Police Department, a department of the City of Montgomery. The City of Montgomery and Montgomery County are wholly separate entities.

3. Defendants Baylor and Coughlin have no authority or control over the medical care or food provided to inmates at the MCCF, nor do they have authority to release inmates housed at the MCCF for outside medical treatment.

4. Therefore, Defendants Baylor and Coughlin are not in a position to show cause why Plaintiff's motion should not be granted.

2

WHEREFORE, Defendants Baylor and Coughlin respectfully submit that they are unable to show cause why Plaintiff's motion should not be granted, but that the remaining parties, namely D. T. Marshall, Gina Savage and Dr. Johnny Bates, are the proper parties to show cause in this regard.

Respectfully submitted this 7th day of August 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants Art Baylor
and C. J. Coughlin

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

>Wayne P. Turner, Esq.
>Post Office Box 152
>Montgomery, Alabama 36101
>
>Constance C. Walker, Esq.
>Thomas T. Gallion, III, Esq.
>Haskell Slaughter Young & Gallion, LLC
>305 South Lawrence Street
>Montgomery, Alabama 36104

I further certify that on August 7, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Nathaniel Shaw
>Montgomery County Detention Facility
>Post Office Box 4599
>Montgomery, Alabama 36103

>/s/ Allison H. Highley
>Of Counsel