IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Nathaniel Shaw, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-606
)
D. T. Marshall & Gina Savage, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Gina Savage, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____                    _____
_____                    _____
_____                    _____

8/9/2007                                   /s/Constance C. Walker
Date                                       (Signature)

                                           Constance C. Walker (ASB-510-L66C)
                                           (Counsel's Name)

                                           Gina Savage
                                           Counsel for (print names of all parties)
                                           Haskell Slaughter Young & Gallion, LLC
                                           Post Office Box 4660, Montgomery, Alabama  36103-4660
                                           Address, City, State Zip Code
                                           334-265-8573
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail and U. S. Mail____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __9th____ day of __August_____ 20 __07__, to:

Nathaniel Shaw, Montgomery County Detention Facility, P. O. Box 4599, Montgomery, AL  36103

Wayne P. Turner,  Post Office Box 152, Montgomery, Alabama  36101-0152

Allison H. Highley, City of Montgomery, Legal Dept., P. O. Box 1111, Montgomery, AL  36101

| 8/7/2007 | /s/Constance C. Walker |
|---|---|
| Date | Signature |