IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al. | ) |
| | ) |
|     Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Johnny E. Bates, M.D., a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                <u>Relationship to Party</u>

_____     _____

_____     _____

_____     _____

_____     _____

8/9/2007
_____
    Date

/s/ Wayne P. Turner_____
Counsel

    Wayne P. Turner (TUR009)_____
Counsel for (print names of all parties)

1505 Madison Avenue, Montgomery, AL 36107
Address, City, State Zip Code
(334) 420-6560
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, Wayne P. Turner, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail on this 9th day of August 2007, to:

Nathaniel Shaw c/o
Montgomery County Detention Facility
Booking # 89354
P.O. Box 4599
Montgomery, Alabama 361063

Connie C. Walker, Esq.
Thomas T. Gallion, III, Esq.
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104

Allison H. Highley, Esq.
City of Montgomery
Legal Department
P.O. Box 1111
Montgomery, Alabama 36101-1111


8/9/2007                                                          /s/ Wayne P. Turner
Date                                                              Signature