IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-606-ID |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the special report filed by defendants Baylor and Coughlin on September 4, 2007 (Court Doc. No. 23), and for good cause, it is

ORDERED that on or before September 14, 2007 the aforementioned defendants shall file an actual photograph of the image scanned as Exhibit C.

Done this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE