IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-606-ID-SRW** |
| ) | |
| **D.T. MARSHALL**, et al., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO ORDER

COME NOW Defendants Art Baylor and C. J. Coughlin, and respectfully submit the attached image in compliance with this Court's *Order* (Doc. 25) that Defendants Baylor and Coughlin file the actual photograph of the image scanned as Exhibit C to their *Special Report* (Doc. 23).

The arrest photograph taken of Nathaniel Shaw was taken and maintained in a digital format. The attached image has been converted from the original jpeg file to a pdf format, suitable for filing.

Respectfully submitted this 5th day of September 2007.

    /s/ Allison H. Highley
    Allison H. Highley (HIG024)
    Attorney for Defendants Art Baylor
    and C. J. Coughlin

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

>Wayne P. Turner, Esq.
>Post Office Box 152
>Montgomery, Alabama 36101
>
>Constance C. Walker, Esq.
>Thomas T. Gallion, III, Esq.
>Haskell Slaughter Young & Gallion, LLC
>305 South Lawrence Street
>Montgomery, Alabama 36104

I further certify that on September 5, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Nathaniel Shaw
>Montgomery County Detention Facility
>Post Office Box 4599
>Montgomery, Alabama 36103

>>/s/ Allison H. Highley
>>Of Counsel


Case 2:07-cv-00606-ID-CSC    Document 26-2    Filed 09/05/2007    Page 1 of 1

