**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Shaw v. Marshall et al

**Case Number:** 2:07-cv-00606-ID

**This Notice of Correction was filed in the referenced case this date to add the attachment PDF document previously omitted by E-Filer.**

**The PDF attachment document is attached to this notice for your review. Reference is made to document # 26 filed on September 5, 2007.**

