**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Sondra Wright, Mail Clerk
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

2:07cv606 (cmp amdmt order) ans due 10/9/07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name): H Brown
C. Date of Delivery: 9-10-07

Address different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 5001

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

C. Smith, Detention Officer
Montgomery County Detention Facility
P.O. Box 4599
Montgomery, AL 36103

2:07cv606 (cmp amdmt order) ans due 10/9/07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. Brown
☐ Agent
☐ Addressee

B. Received by (Printed Name): H Brown
C. Date of Delivery: 9-10-07

Address different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 5018

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540