**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 26, 2007

# NOTICE OF CORRECTION

To: ALL COUNSEL OF RECORD
From: CLERK'S OFFICE

**Case Style: Nathaniel Shaw vs. D. T. Marshall, et al**

**Case Number: 2:07cv606-ID**

**Referenced Pleading: Document #37-Order**

**The referenced Order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry of this Order on the court's docket.**