IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for contempt filed by the plaintiff (Court Doc. No. 34), in which the plaintiff seeks issuance of an order of contempt and/or imposition of sanctions against defendants Savage and Bates, and for good cause, it is

ORDERED that:

1. This motion be and is hereby DENIED.

2. On or before October 12, 2007, defendants Savage and Bates shall address the allegations of perjury lodged against them by the plaintiff.

Done this 27th day of September, 2007.

                                      /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE