IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

RECEIVED
2007 OCT -3 A 10: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL SHAW,
PLAINTIFF,

V.

D. T. MARSHALL, et al.
DEFENDANTS.

CASE NO. 2:07-CV-606-ID

MOTION FOR LEAVE TO FILE AN OBJECTION AND/OR NOTICE OF APPEAL ON MOTION FOR CONTEMPT FOR PERJURY

COMES NOW PLAINTIFF NATHANIEL SHAW, "PRO SE" PURSUANT TO THE APPROPRIATE RULE AND AUTHORITY HEREIN RESPECTFULLY MOVES THIS HONORABLE COURT TO ALLOW PLAINTIFF TO FILE HIS OBJECTION AND/OR NOTICE OF APPEAL. THE PLAINTIFF ASSERT THAT THE LAW IS CLEAR ON PERJURY. THE PLAINTIFF HAS SUFFERED GREATLY ON THE ACCOUNT OF THESE LIES AND THE DEFENDANTS HAS SWAY THE OPINION OF THIS HONORABLE COURT CAUSING THE PLAINTIFF TO SUFFER EVEN GREATER AND PLAINTIFF HAS YET, TO BE AFFORDED THE OPPORTUNITY TO SEE AN EYE SPECIALIST AND THIS HONORABLE COURT STILL IN A SENSE IS

SHOWING FAVORITISM TO THESE DEFENDANTS. PERJURY IS IN PLAIN VIEW AND FOR THIS HONORABLE COURT TO OVERLOOK THIS CASE OF PERJURY THE COURT ITSELF WOULD HAVE TO BE SHOWING "BIAS" AND GOD FORBID, THAT THE RUDIMENTS OF "BIAS" WOULD BE SO DEEPLY ENGRAINED IN THE STATE OF ALABAMA UNTIL IT WILL HAVE CLOUDED THE JUDGEMENT AND INTEGRITY OF THIS HONORABLE COURT, GOD FORBID. THE PLAINTIFF PLACED HIS LIFE ON THE LINE THAT THERE SHALL BE FREEDOM FOR ALL. THE PLAINTIFF FEEL THE DEFENDANT SHOULDNT BE GIVEN ANY MIDDLE GROUND, PERJURY AND ITS PUNISHMENTS ARE CLEAR. THE PLAINTIFF HAS NO CHOICE BUT TO OBJECT TO THE DENIAL OF THIS HONORABLE COURTS DECISION IN NOT PLACING ANY SANCTIONS UPON PERJURY. THE PLAINTIFF APPEAL THIS DECISION.

IT IS SO PRAYED
UNDER THE PENALTY OF PERJURY.
DONE ON THIS 1st DAY OF OCTOBER 2007

RESPECTFULLY
Nathaniel Shaw
NATHANIEL SHAW
# 9050[illegible]
PO BOX 5[illegible] [illegible]

CERTIFICATE OF SERVICE

CIVIL ACTION NO. 2:07-CV-606-ID

I NATHANIEL SHAW DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED BY VIA U.S. MAIL ON THIS 1st DAY OF OCTOBER 2007 (TO:)

(1) CLERK OF UNITED STATES DISTRICT COURT
P.O. BOX 711 MONGOMERY AL
36101-0711

(2) CONSTANCE C. WALKER ATTORNEY FOR
D.T. MARSHALL, et. al. DEFENDANTS
P.O. BOX 4660
MONTGOMERY, ALABAMA
36103-4660

NATHANIEL SHAW
BOOKING # 89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

MONTGOMERY, AL 361

USA 41

OFFICE OF THE CLERK
THE UNITED STATES DISTRICT CO
OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

INMATE MAIL