IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-606-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for leave to file an objection filed by the plaintiff on October 3, 2007 (Court Doc. No. 42), in which the plaintiff seeks leave to file an objection to the order entered on September 27, 2007 (Court Doc. No. 40) denying his motion for contempt, and for good cause, it is

ORDERED that the motion for leave to file an objection (Court Doc. No. 42) be and is hereby GRANTED.

Done this 4th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE