IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv606-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Nathaniel Shaw's objections to the Magistrate Judge's Orders entered on September 27, 2007 (see Doc. Nos. 39, 40, 42, 43), it is ORDERED that said objections be and the same are hereby OVERRULED inasmuch as the Orders to which Plaintiff objects are neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

DONE this 5th day of October, 2007.

        /s/ Ira DeMent
        SENIOR UNITED STATES DISTRICT JUDGE