IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. |
| vs. | *   2:07-CV-606-ID |
| | * |
| D. T. MARSHALL, et al., | * |
| | * |
| Defendants. | * |

**AMENDMENT TO SUPPLEMENTAL SPECIAL REPORT, DOCUMENT NO. 48**

COME NOW the Defendants D. T. Marshall, Sheriff of Montgomery County, Alabama, Gina M. Savage, Director of the Montgomery County Detention Facility, Officer Cassandra Smith, and Officer Sondra Wright and amend the Supplemental Special Report filed this date (Doc. # 48) to reflect that the Supplemental Special Report is also being filed on behalf of Defendant Cassandra Smith and Defendant Sondra Wright.

Respectfully submitted this 9th day of October, 2007.

/s/Constance C. Walker
Thomas T. Gallion, III  (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendants D. T. Marshall, Gina M. Savage, Cassandra Smith and Sondra Wright

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
Post Office Box 4660
Montgomery, Alabama 36103-4660

1

(334) 265-8573
(334) 264-7945 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Wayne P. Turner
Post Office Box 152
Montgomery, Alabama  36101-0152

Allison H. Highley
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101

and that I caused a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 9th day of October, 2007, addressed as follows:

Nathaniel Shaw
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103


s/Constance C. Walker
Of Counsel