IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW,** | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. |
| vs. | * 2:07-CV-606-ID |
| | * |
| **D. T. MARSHALL, et al.,** | * |
| | * |
| Defendants. | * |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE MOTION FOR CONTEMPT OF PERJURY AND SUPPLEMENT TO FACTS IN SPECIAL REPORT**

COME NOW the Defendants D. T. Marshall, Gina M. Savage, Cassandra Smith and Sondra Wright, and for response to Plaintiff's Motion Requesting Leave to File Motion for Contempt of Perjury, requests that this Court deny said motion and as grounds shows as follows:

1.      Plaintiff claims that the Affidavit of Gina M. Savage incorrectly identifies the date he was incarcerated at the Montgomery County Detention Facility as May 8, 2007 instead of May 9, 2007. When Defendant prepared her affidavit, she used the date from the police report that shows that Plaintiff was arrested on May 8, 2007.  (See Affidavit of Gina M. Savage, ¶ 2, and attachment thereto)  Plaintiff's correct date of incarceration is in fact May 9, 2007.  This was an inadvertent mistake on the part of the Defendant Savage and was not made for the purpose of misrepresenting the facts in the Defendants' Special Report. (Affidavit of Gina M. Savage, ¶ 2) Defendants hereby

1

amend their Special Report to show that Plaintiff was incarcerated at the Montgomery County Detention Facility on May 9, 2007

    2.    Plaintiff also claims that the Affidavit of Gina M. Savage incorrectly states that recreation was available to the Plaintiff on May 3, 2007. When preparing her affidavit, Defendant Savage submitted the list of dates and times when recreation was available to the 3-B cellblock where the Plaintiff was housed. Plaintiff entered the facility in May and filed his complaint in July. Defendant Savage therefore listed the recreation times that were available to 3-B cellblock for the months of May-July, 2007. Since Plaintiff was not incarcerated at the facility until May 9, 2007, however, recreation was not available to the Plaintiff on May 3, 2007. Plaintiff was offered recreation on the other dates listed, May 31, June 28 and July 16, but he refused to participate. Including May 3 as one of the dates offered to the Plaintiff was an unintentional oversight on the part of Defendant Savage, and was not a knowing misstatement, nor was it a made for the purpose of misrepresenting the facts in the Defendants' Special Report. Defendants amend their Special Report by stating that the times recreation were made available to the Plaintiff were May 31, June 28 and July 16, 2007.

    /s/Constance C. Walker
Thomas T. Gallion, III  (ASB-5295-L74T)
Constance C. Walker (ASB-5510-L66C)
Attorneys for Defendants D.T. Marshall, Gina M. Savage, Cassandra Smith and Sondra Wright

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 (fax)

Case 2:07-cv-00606-ID-CSC    Document 52    Filed 10/12/2007    Page 3 of 4

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Wayne P. Turner
Post Office Box 152
Montgomery, Alabama  36101-0152

Allison H. Highley
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101

  and that I caused a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 12th day of October, 2007, addressed as follows:

Nathaniel Shaw
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama  36103


s/Constance C. Walker
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-606-ID |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF GINA M. SAVAGE

Before me, a Notary Public, personally appeared Gina M. Savage and after being duly sworn, did say as follows

1. My name is Gina Savage. I am Director of the Montgomery County Sheriff's Office Detention Facility.

2. In response to Inmate Nathaniel Shaw's allegations of perjury, I offer the following. When compiling my answer to charges submitted by Inmate Shaw, I picked up the date he was arrested from the police report which shows May 8, 2007. (See attached) Our records show he was booked into the Montgomery County Detention on May 9, 2007.

Inmate Shaw's statement that he was not incarcerated on May 3, 2007, therefore recreation was not offered to him is correct. I submitted a list of the times recreation was offered to the 3-B cellblock, where Inmate Shaw has been housed, beginning with the month of May through the month of July 2007. He filed his complaint July 16, 2007.

Each of these items regarding dates is simply an oversight on our part and in no way should be construed as an intentional act or as being purposely used to misrepresent facts in our response.

_____
Gina M. Savage

Sworn to and subscribed before me this _4th_ day of _October_, 2007.

_____
Notary Public
My Commission Expires September 13, 2010

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

| # | Field | Value |
|---|---|---|
| 1 | ORI# | 0030100 |
| 2 | AGENCY NAME | Montgomery Police Department |
| 3 | CASE # | 07- |
| 5 | LAST, FIRST, MIDDLE NAME | Shaw, Nathaniel |
| 7 | SEX | ☒ M |
| 8 | RACE | ☒ B |
| 9 | HGT | 6'02 |
| 10 | WGT | 180 |
| 11 | EYE | Brn |
| 12 | HAIR | Blk |
| 13 | SKIN | Med |
| 15 | PLACE OF BIRTH | Florida |
| 16 | SSN | 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 |
| 17 | DATE OF BIRTH | 03/01/49 |
| 18 | AGE | 58 |
| 26 | ☒ NON-RESIDENT | |
| 27 | HOME ADDRESS | 9445 Carbondale Dr W Jacksonville Fl 32208 |
| 28 | RESIDENCE PHONE | (334) |
| 29 | OCCUPATION | Unemployed |
| 33 | LOCATION OF ARREST | Pulix on Atlanta Highway |
| 34 | SECTOR # | 05 |
| 35 | ARRESTED FOR YOUR JURISDICTION? | ☒ YES, ☒ IN STATE |
| 36 | CONDITION OF ARRESTEE | ☒ DRUGS |
| 37 | RESIST ARREST? | ☒ NO |
| 38 | INJURIES? | ☒ NONE |
| 39 | ARMED? | ☒ N |
| 41 | DATE OF ARREST | 05/08/07 |
| 42 | TIME OF ARREST | 12:30 ☒ MIL |
| 43 | DAY OF ARREST | W |
| 44 | TYPE ARREST | ☒ WARRANT |
| 45 | ARRESTED BEFORE? | ☒ YES |
| 46 | CHARGE-1 | ☒ FEL — C.P.F.I. 2nd x3 |
| 48 | CHARGE-2 | ☒ FEL — Theft of Property 1st by Deception |
| 56 | CHARGE-3 | ☒ FEL — Tafficing in Stolen Indenties |
| 58 | CHARGE-4 | ☒ FEL — Possesion of a Controlled Substance |
| 91 | DATE AND TIME OF RELEASE | 05/08/07  ☒ MIL |
| 92 | RELEASING OFFICER NAME | J W Hall |
| 93 | AGENCY/DIVISION | MPD / Dectective |
| 94 | ID # | 1316 |
| 95 | RELEASED TO | M.C.D.F. |
| 96 | AGENCY/DIVISION | M.C.S.O. |
| 97 | AGENCY ADDRESS | 250 N. McDonough St Montgomery |
| 101 | REMARKS | ****NONE***** |
| 111 | ARRESTING OFFICER | Coughlin C J |
| 112 | ID # | 1008 |
| 113 | ARRESTING OFFICER | Hall J W |
| 114 | ID # | 1316 |

HOLD FOR PRATTVILLE
HOLD FOR FLORIDA - CAMDEN S.O.

TYPE OR PRINT IN BLACK INK ONLY          ACJIC-34 REV. 10-90