IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 9, 2007, the Magistrate Judge filed a Recommendation in this case. (Doc. No. 19.) Plaintiff Nathaniel Shaw filed an objection on August 15, 2007. (Doc. No. 21.) The court has made a *de novo* determination of those portions of the Recommendation to which Plaintiff objects and has independently reviewed the file in this case. Upon careful CONSIDERATION, it is ORDERED as follows:

1. Plaintiff's objection be and the same is hereby OVERRULED;

2. the Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. Plaintiff's motion for preliminary injunction (Doc. No. 5) be and the same is hereby DENIED; and

4. this case is hereby REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 15th day of October, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE