IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NATHANIEL SHAW**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. **2:07-CV-606-ID-SRW** |
| | ) |
| **D.T. MARSHALL**, et al., | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER

COME NOW Defendants Baylor, Coughlin and Hall, and respectfully submit the attached documents in compliance with this Court's *Order* (Doc. 39) that Defendants produce (i) reports and affidavits prepared on his May 9, 2007 arrest, (ii) any video and/or audio tape of the arrest, and (iii) an itemized list of all property taken from Plaintiff Shaw at the time of his arrest.

Defendants file herewith all reports and affidavits prepared on Plaintiff Shaw's May 9, 2007 arrest, and hereby certify that a copy has been mailed to Plaintiff at the address below.

Defendants do not have any video or audio recordings of the arrest and have already produced itemized lists of all property taken from Plaintiff, as an exhibit (Doc. 47-3) to their *Supplemental Special Report and Answer* (Doc. 47).

Respectfully submitted this 19th day of October 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants Baylor,
Coughlin and Hall

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

>Wayne P. Turner, Esq.
>Post Office Box 152
>Montgomery, Alabama 36101

>Constance C. Walker, Esq.
>Thomas T. Gallion, III, Esq.
>Haskell Slaughter Young & Gallion, LLC
>305 South Lawrence Street
>Montgomery, Alabama 36104

I further certify that on October 19, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Nathaniel Shaw
>Montgomery County Detention Facility
>Post Office Box 4599
>Montgomery, Alabama 36103

>/s/ Allison H. Highley
>Of Counsel

DETECTIVE DIVISION
MONTGOMERY POLICE DEPARTMENT

CASE NUMBER: 07-010054
            07-010057                                        TRIAL DATE:
RESTITUTION DUE                                              DISPOSITION:
(OWE VICTIM):                                                FINAL VERDICT:

DEFENDANTS:     Nathaniel Shaw, LKA 9445 Carbondale Dr. W. Jacksonville Fl 32208, B/M, DOB 03/01/49, No Phone

COMPLAINANT:    Bryan Shaffer, 5375 Atlanta Hwy Montgomery Al 36109, 334-240-8629

OFFENSE:        Theft of Property 1st Degree, CPFI 2nd Degree X 3, Trafficking in Stolen Identities, 1465 Eastern Blvd, 04/03/07-05/09/07

ARRESTED BY:    *DET. C. J. Coughlin 1008, MPD/DET, 241-2832

WITNESSES:      (Name, Address, Phone)   (Employer, Phone)
#1:  Bryan Shaffer, 5375 Atlanta Hwy Montgomery Al 36109, 334-240-8629
#2:  Sgt. K. Byrd, MPD, 241-2831
#3:  DET. J.W. Hall 1416, MPD, 241-2832
#4:  Sgt. C. J. Coughlin 1008, MPD/ 241-2808

TESTIMONY: Witness #1 will testify as the complainant in this case. Witness #2 will testify to the taking the offender into custody.  Witness #3 will testify investigation and to inventory of the vehicle. Witness #4 will testify to the preparation of this case.

ELEMENTS:  The defendant did knowingly obtain by deception control over US Currency the property of RBC Centura the value of $2,836.00 dollars, with the intent to deprive the owner of said property in violation of 13A-8-3 of the Code of Alabama, against the peace and dignity of the State of Alabama.
PROOF OF CASE: Physical evidence and oral testimony

CASE FILE SENT TO D. A.     DATE:                    * Case agent    DET: C. J. Coughlin #1008

**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

07-10054

| Victims Name as on Original Report (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| Royal Bank of Canada Centura | 4/3-16/07 | 5/10/07 1518 |
| Has arrest been made: Yes or No | Date of Arrest: | Offense as Reported: |
|  |  |  |
| Has warrant/petition been signed: Y or N | Date Warrant/ Petition Signed: | Offense after investigation: |
|  |  |  |

COMPLAINT

On 5/9/07, white male Bryan Shaffer, the manager at Royal Bank of Canada, 5375 Atlanta Highway, called dispatch to report that a black male that had been committing fraud throughout the State of Alabama was inside his bank branch, 5375 Atlanta Highway. He advised that the subject left the bank in a blue Ford Focus with Florida tag and that he was following the subject. Sergeant K. L. Byrd, #130, responded to the 5100 block of Atlanta Highway and approached the 5300 block of Atlanta Highway as the subject pulled into the Publix parking lot. Sergeant Byrd entered the parking lot and observed a black Dodge Ram truck driven by the complainant. Sergeant Byrd approached the truck and observed the blue Ford Escort parked in the parking lot and a black male exit the vehicle. The black male was wearing a blue tee shirt and jeans. As the subject began walking toward the business, Sergeant Byrd approached him and asked him to step to Sergeant Byrd's vehicle. As Sergeant Byrd was conducting a pat down search for weapons on the subject, the branch manager, Bryan Shaffer, approached Sergeant Byrd and advised him that this was the subject that was wanted for bank fraud. The subject was then transported to the Detective Division for further questioning. The bank manager, Bryan Shaffer, also responded to the Detective Division. Shaffer advised that three of his clients in the City of Montgomery, Joseph Lester, Mary Kate Coleman, and Ernestine Taylor, had fraudulent transactions on their accounts in which an unknown black male subject, who was captured on video, entered the bank and did split deposits with counterfeit checks into their bank accounts and received cash. Shaffer provided this detective with photographs of the suspect that was taken into custody at Publix parking lot passing the checks and bank reports indicating the amount of loss in each case and affidavits of forgeries from the victims. Shaffer advised that he was going to be prosecuting on behalf of Royal Bank of Canada and signing warrants.

INITIAL INVESTIGATION

Sergeant Grandison had received in the mail from the fraud investigator from North Carolina for Royal Bank of Canada on all

three of the victims' checking accounts. The packet of the first victim, Ernestine Taylor, indicates that there was a split deposit for $2,250 check deposit into her account and that the offender had received $1,250 of that deposit, $1,000 of that transaction was prevented and reclaimed by the bank. The total loss of the first transaction, $1,250, occurred on 4/16/07 at 1237 Hours at the Taylor Road branch of Royal Bank of Canada, Bank #7865. Included with this report is Ms. Ernestine Taylor's original Incident/Offense Report for Theft of Property by Deception as well as a copy of the deposit slip and a certified copy of Check #228 in the amount of $2,250. Also included in this packet were photographs of the offender conducting the transactions. All of these records will be scanned into the digital case file for further reference. On top of the certified copy of the check is Mississippi Driver's License #80009138 with the Expiration Date of 2/28/09, which was also found in possession of the offender upon his arrest.

The packet of the second victim, Mary Kate Coleman, included an affidavit of forgery. The bank report states that on 4/3/07 at 1025 Hours, the offender passed a check in the amount of $1,850, a split deposit, and he received $350 of that deposit in cash. This occurred at the Eastern Boulevard branch. A copy of the deposit slip as well as a certified copy of check #157 were turned over to this detective. The name on the check is Thomas H. Burton, stamped as a forged check, Mississippi Driver's License #80009138 with the Expiration Date of 2/28/09. The check was made to the order of Denise K. Damico or Mary Coleman and it appears to be a counterfeit driver's license from Mississippi with the suspect's picture on it and a Denise K. Damico, 328 Clean Trees, Jackson, Mississippi. Also included are photographs of the offender committing the transactions. All of the paperwork will be scanned into the digital case file.

The packet of the third victim, Joseph Lester, included an affidavit of forgery. The bank report indicates that on 4/9/07 at 1126 Hours, at the Eastern Boulevard Branch of Royal Bank of Canada, a check was passed for $750 to Joseph C. Lester and that $750 was lost on that transaction. The check was on the account of Tameka McCray and is a certified copy of the check. This check is also stamped as forgery by the bank. Also included in the Joseph Lester's packet is an additional transaction in which $986 check was split deposited and $486 was received by the defendant. The deposit slip is included as well as a certified copy of Check #1103 in the amount of $986 on McCray's account. The check is also stamped forgery. The entire packet will be scanned into the digital case file for reference and impounded into evidence.

Based on the photographic evidence, warrants were signed on Nathaniel Shaw for Theft of Property 1st Degree by Deception with the total loss at this time of $2,836 for Check #157, Check #1103, Check #1104, and Check #228. Warrants were also signed for

10054 (1008)                                                              Page 3

Criminal Possession of a Forged Instrument 2nd Degree on Check #228, #Check #1103, and Check #1104.  Check #157 will be presented to the Montgomery County Grand Jury.

The vehicle that Shaw was driving in was impounded under impound #1419 and an inventory search of the vehicle was conducted prior to it being impounded.  Inside the vehicle were a black nylon bag, assorted paperwork, identifications, a black garbage bag with assorted items, and a clear bag with assorted clothing items.  Also located inside the vehicle were eight state and other identifications of individuals that were in Shaw's possession.  Shaw indicated to Detective Hall at the time of his arrest that he did not know his name, that he had used so many different names and did not know his real name.

I escorted Shaw into my office in an attempt to obtain a statement from him.  He indicated that he did not know his name and that he was too high on crack cocaine to know anything.  He was then placed back in the holding cell. His fingerprints were obtained and run through AFIS with a negative hit.  The fingerprint expert advised that he had not been arrested in the State of Alabama.  One of the identifications located in the vehicle was in the name of Nathaniel Shaw.  It appeared to be a legitimate Department of Defense Uniformed Services Identification Card as well as a Veteran's Affairs Identification Card with the name Nathaniel Shaw.  NCIC check of his name turned up a hit in Florida. We contacted the Camden County Florida Sheriff's Department who faxed a photograph of the offender as well as fingerprints, which matched that of Shaw.  The paperwork will be added to the digital case file.  Also located in the vehicle as far as identifications were a Tennessee Driver's License Number in the name of Samuel ███████ 5320 Santa Monica, Memphis, Tennessee, Driver's License #████████.  This has the picture of Shaw.  Also located was a M████████i Driver's License Number in the name of Denise Damico, also with the same picture of the Tennessee D███ License.  The Mississippi Driver's License Number is 8███████ with the Expiration Date of 2/28/09.  Both of these pictu████ e that of Shaw with different names.  Also located in the vehicle besides Shaw's identification was ██████s Drive█████ense in the name of Woodrow Beck, SSN ████████, DOB ████████ Also located was a Mississippi Ident█████Card, #██████, in the name of Johnny Lee Milton, Jr.  Other identifi█████located were a State of Alabama Iden█████ion Card, #██████, in the name of Dan A. McCleoud-El, DOB █████; a State ████ma Driver's ████ the name ██████s Boling, 4006 Governors Drive, ████████, SSN █████; a South Ca██████partment of Mo████████s Commerc████s License, #████████, in the name ████ey Lee Jackson, Jr.; a Texas Commerc█████r's License, #1████████ e name of Leopoldo Andrade Gomez, Hispan████████████; and a Tennessee Identification Card, #████████ th████ of Cathi Lee Hassan, white female, SSN████████.  All of these identifications will be scanned i████████tal case file for

10054 (1008) Page 4

reference and impounded as evidence.

An additional warrant was secured on Shaw for Trafficking in Stolen Identities based on greater than five identifications located in his possession and the fact that he was using the identifications in counterfeited checks in order to obtain financial gain, committing Identity Theft.

All property was impounded into evidence as well as approximately $1,000 located on Shaw's person under impound #277691 and #277694. Also found in Shaw's possession was crack cocaine in a glass case on the floorboard of his vehicle. Shaw was then processed and placed in the Montgomery County Detention Facility under Theft of Property 1st Degree charges, three counts of Criminal Possession of a Forged Instrument for the three checks, Trafficking in Stolen Identities, and Possession of a Controlled Substance, which was turned over to Investigator Bentley with the Narcotics Bureau. She secured a warrant for Possession of a Controlled Substance on Shaw. I contacted the Camden County Florida Sheriff's Department who placed a hold on Shaw with the Montgomery County Detention Facility. There was also an indication by Georgia that he was also wanted for Possession of a Controlled Substance.

In relation to this investigation, Investigator W. R. Schroyer responded to 1150 West South Boulevard, Airport Inn, on a Death Investigation of Martha Cargill, possible homicide. While conducting an investigation, he spoke with the occupant of Room 138, who identified himself as Samuel McNeal, DOB 9/9/58, and presented a Tennessee Identification Card to that effect. We had located McNeal's card in possession of Shaw and when questioned, Detective Schroyer advised that the subject did present this identification reporting to be Samuel McNeal. Detective Schroyer will provide a statement to this effect, which will be added to the digital case file.

Shaw was then transported to the Montgomery County Detention Facility and held under standard bond. An interview will be conducted on a later day when Shaw sobered in order to obtain a rights form and a statement.

Show this case continuing.

| Unfound | Exc. Cleared | Investigator |
|---|---|---|
| Cleared by Arrest | Inactive | C. J. Coughlin |

mwa/D3226

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | |
|---|---|
| 1 ☐ INCIDENT ☐ OFFENSE ☐ SUPPLEMENT | 2 CASE # 010054  3 SFX |
| 4 ORI # 0 3 0 1 0 0 | 5 DATE AND TIME OF THIS REPORT 05 09 07  1323 ☒ MIL |
| 6 AGENCY NAME Montgomery Police Department | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
| 8 REPORTED BY ☐ VICTIM OR Bryan Shaffer | 9 ADDRESS 5375 Atlanta Hwy Montgomery Al 36109 | 10 PHONE (334) 240-8629 |
| 12 VICTIM Royal Bank of Canada Centura | 13 ADDRESS 5375 Atlanta Hwy Montgomery Al 36109 | 14 PHONE (334) 240-8629 |
| 15 EMPLOYER/SCHOOL RBC | 16 OCCUPATION CCM | 17 ADDRESS 5375 Atlanta Hwy Montgomery Al 36109 | 18 PHONE (334) 240-8629 |

**30 TYPE INCIDENT OR OFFENSE** ☒ FEL. ☐ MISD.  Theft by Deception  
**31 DEGREE (CIRCLE)** ①  2  3  
**33 STATE CODE/LOCAL ORDINANCE** OSWL(99)

**38 PLACE OF OCCURRENCE** 1465 Eastern Blvd Montgomery Al 36117  
**39 SECTOR** 2 1

**45 TIME** 1025 ☒ MIL  
**OCCURRED ON OR BETWEEN** 04 03 07  
**52 TIME** 1700 ☒ MIL  04 16 07

**47 LIGHTING** ☒ UNK.  
**49 PREMISE** ☒ BANK

**61 STOLEN...** In Excess of $2,500.00

07MAY31 14:06
010054

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT | | 96 CASE # | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|
| | 05 09 07 | 1323 ☐AM ☐PM ☒MIL | | | | |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE | 102 SEX | 103 DOB | 104 AGE |
|---|---|---|---|---|---|
| Shaw, Nathaniel | | ☐W ☐A ☒B ☐I | ☒M ☐F | 03 01 49 | |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|
| LKA 9445 Carbondale Dr. W Jacksonville Fl 32208 | 6'0 2" | 190 | Bro | Blk | Med |

**111 PROBABLE DESTINATION**

**112 ARMED** ☐Y ☐N ☐UNK    **113 WEAPON**

**114 CLOTHING**

☐ SCARS  ☐ MARKS  ☐ TATOOS

**115 WEAPON** ☐ ARRESTED ☐ WANTED

**137 NARRATIVE**

The listed offender cashed split deposited at least four forged checks into RBC customers accuonts and stole in excess of $2,500.00 from RBC.

Additional Charge of CPFI 2nd Degree X 3

CONTINUED ON SUPPLEMENT ☐Y ☒N

| 149 REPORTING OFFICER | ID # |
|---|---|
| CJ Coughlin | 1008 |

**147 CASE STATUS**: ☐ PENDING ☐ INACTIVE ☐ CLOSED

**148 CASE DISPOSITION**: ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED

☐ EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM

**MONTGOMERY POLICE DEPARTMENT**
**SUPPLEMENTARY OFFENSE REPORT**

07-10054

| Victims Name as on Original Report (Last, First, Middle) | Date, Time of Offense: | Date, Time of Supplement: |
|---|---|---|
| Royal Bank of Canada Centura | 4/3-16/07 | 6/05/07 1200 |
| Has arrest been made: Yes or No | Date of Arrest: | Offense as Reported: |
| Yes | 05/09/07 | Trafficking in Stolen Identities |
| Has warrant/petition been signed: Y or N | Date Warrant/ Petition Signed: | Offense after investigation: |
| Yes | 05/09/07 | Trafficking in Stolen Identities |

On 05/11/07 at 1418 Detective G.W. Suits and I responded to the Montgomery County Detention Facility and attempted to interview Shaw. Shaw refused to acknowledge his Miranda Rights or talk to me in any way.

On 05/24/07 Agent K. Hedgspeth with the US Secret Service and I responded to the Montgomery County Detention Facility. I provided the Jail personnel with Shaw's glasses and then attempted to interview Shaw again. Shaw again refused to acknowledge his Miranda Rights.

DISPOSITION:

Please show this case cleared by the arrest of B/M Nathaniel Shaw for Trafficking in Stolen Identities, CPFI 2nd X 3 and Theft of Property 1st Degree. Also Present to the Montgomery County Grand Jury the charge of CPFI 2nd degree for Check #157.

| Unfound | Exc. Cleared | Investigator |
|---|---|---|
| Cleared by Arrest | Inactive | C. J. Coughlin |

mwa/D3226

# ALABAMA UNIFORM INCIDENT / OFFENSE REPORT SUPPLEMENT

*OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION*

**EVENT**

| Field | Value |
|---|---|
| 1 ORI# | 0 0 3 0 1 0 0 |
| 2 AGENCY NAME | Montgomery Police Department |
| 3 DATE AND TIME OF REPORT | 06/15/07 23:50 MIL |
| 4 CASE # | 07-010054 |
| 5 SFX | |
| 6 VICTIMS NAME (ORIGINAL REPORT) | Royal Bank of Canada Centura |
| 7 ORIGINAL OFFENSE DATE | 04/03/07 |
| 8 TYPE REPORT | ☒ FOLLOW-UP |
| 9 ORIGINAL INCIDENT / OFFENSE | Theft by Deception |
| 10 UCR CODE | |
| 11 STATE CODE / LOCAL ORDINANCE | 05W(99) |
| 12 NEW INCIDENT / OFFENSE | |
| 13 UCR CODE | |
| 14 STATE CODE / LOCAL ORDINANCE | |
| 15 HAS AN ARREST BEEN HAVE? | ☒ YES |
| 16 DATE OF ARREST | 05/09/07 |
| 17 HAS WARRANT BEEN OBTAINED? | ☒ YES  WARRANT # 2007F |
| 18 DATE OF WARRANT | 05/09/07 |
| 19 PRIOR PREMISE / YEAR WEAPON | |
| 20 ☒ DEFENDANT — NAME: | Nathaniel Shaw |
| RACE | ☒ B |
| SEX | ☒ M |
| DOB | 03/01/49 |
| AGE | 58 |

**NARRATIVE**

Please show this case cleared by arrest as well as case #07-010057, and 07-008863.

22 LOCAL USE: U  U K

**DOLLAR VALUE**

24 MOTOR VEHICLE / 25 CURRENCY, NOTES / 26 JEWELRY / 27 CLOTHING / FURS / 28 FIREARMS / 29 OFFICE EQUIPMENT

30 ELECTRONICS / 31 HOUSEHOLD / 32 CONSUMABLE GOODS / 33 LIVESTOCK / 34 MISCELLANEOUS

**ADMINISTRATIVE**

| Field | Value |
|---|---|
| MULTIPLE CASES CLOSED | |
| 37 CASE # | 07-008863 |
| 39 CASE # | 07-010057 |
| 44 CASE STATUS | |
| 45 CASE DISPOSITION | |
| 46 REPORTING OFFICER | Detective C. J. Coughlin — ID# 1008 |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-33 REV. 11-94

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| ADDITIONAL INCIDENT/OFFENSE NARRATIVE CONTINUED | 50 DATE AND TIME OF REPORT (M D Y) : ☐ AM ☐ PM ☒ MIL. | 51 CASE # | 52 SFX |
|---|---|---|---|
| | 63 TYPE REPORT: ☐ 1. CONTINUATION  ☒ 2. FOLLOW-UP | | |

NARRATIVE

NO FURTHER

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: ☐ Yes ☐ No
R84 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE *PUBLIC INFORMATION*

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 0 3 0 1 0 0 | Montgomery Police Department | 0 7 - | |

**5 LAST, FIRST, MIDDLE NAME:** Shaw, Nathaniel
**6 ALIAS AKA:**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ W ☐ A ☒ B ☐ I | 6'02 | 180 | Brn | Blk | Med | ☐ SCARS ☐ MARKS ☐ TATTOOS ☐ AMPUTATIONS |

**15 PLACE OF BIRTH:** Florida
**16 SSN:** 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
**17 DATE OF BIRTH:** 03 01 49
**18 AGE:** 58
**19 MISCELLANEOUS ID #:**

**20 SID #:**
**21 FINGERPRINT CLASS KEY** — MAJOR / PRIMARY / SCDV / SUB-SECONDARY / FINAL
HENRY CLASS / NCIC CLASS
**22 DL #:**
**23 ST:**
**24 FBI #:**
**25 IDENTIFICATION COMMENTS:**

**26** ☐ RESIDENT ☒ NON-RESIDENT
**27 HOME ADDRESS:** 9445 Carbondale Dr W Jacksonville Fl 32208
**28 RESIDENCE PHONE:** (334)
**29 OCCUPATION:** Unemployed

**30 EMPLOYER:**
**31 BUSINESS ADDRESS:**
**32 BUSINESS PHONE:** ( )

**33 LOCATION OF ARREST:** Pulix on Atlanta Highway
**34 SECTOR #:** 05
**35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO — ☒ IN STATE ☐ OUT STATE AGENCY

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☐ SOBER ☐ DRINKING ☒ DRUGS | ☐ YES ☒ NO | ☒ NONE ☐ OFFICER ☐ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

**41 DATE OF ARREST:** 05 08 07
**42 TIME OF ARREST:** 12:30 ☐ AM ☐ PM ☒ MIL
**43 DAY OF ARREST:** W
**44 TYPE ARREST:** ☐ ON VIEW ☐ CALL ☒ WARRANT
**45 ARRESTED BEFORE?** ☒ YES ☐ NO ☐ UNKNOWN

| 46 CHARGE-1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE-2 ☒ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| C.P.F.I. 2nd x3 | | Theft of Property 1st by Deception | |
| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |

| 56 CHARGE-3 ☒ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☒ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Tafficing in Stolen Indenties | | Possesion of a Controlled Substance | |

**66 ARREST DISPOSITION:** ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER
**67 IF OUT ON RELEASE WHAT TYPE?**
**68 ARRESTED WITH (1) ACCOMPLICE:**
**69 ARRESTED WITH (2) ACCOMPLICE:**

**70 VYR** **71 VMA** **72 VMO** **73 VST** **74 VCO TOP / BOTTOM** **75 TAG #** **76 LIS** **77 LIY**
**78 VIN**
**79 IMPOUNDED?** ☐ YES ☐ NO
**80 STORAGE LOCATION / IMPOUND #**
**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**
☐ CONTINUED IN NARRATIVE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT
**83 RELEASED TO:**
**84 PARENT OR GUARDIAN:**
**85 ADDRESS:**
**86 PHONE:** ( )
**87 PARENTS EMPLOYER:**
**88 OCCUPATION:**
**89 ADDRESS:**
**90 PHONE:** ( )

**91 DATE AND TIME OF RELEASE:** 05 08 07 ☐ AM ☐ PM ☒ MIL
**92 RELEASING OFFICER NAME:** J W Hall
**93 AGENCY/DIVISION:** MPD / Dectective
**94 ID #:** 1316
**95 RELEASED TO:** M.C.D.F.
**96 AGENCY/DIVISION:** M.C.S.O.
**97 AGENCY ADDRESS:** 250 N. McDonough St Montgomery
**98 PERSONAL PROPERTY RELEASED TO ARRESTEE:** ☐ YES ☐ NO ☐ PARTIAL
**99 PROPERTY NOT RELEASED/HELD AT:**
**100 PROPERTY #:**

**101 REMARKS:** ****NONE*****

HOLD FOR PRATTVILLE
HOLD FOR FLORIDA - CAMDEN S.O.

**102 SIGNATURE OF RECEIVING OFFICER:**
**103 SIGNATURE OF RELEASING OFFICER:** [signature]
**LOCAL USE:** D N O
**STATE USE:**

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |

**111 ARRESTING OFFICER:** Coughlin C J
**112 ID #:** 1008
**113 ARRESTING OFFICER:** Hall J W
**114 ID #:** 1316
**115 SUPERVISOR ID #:**
**116 WATCH CMDR. ID #:**

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC-34 REV. 10-90

INTEROFFICE MEMORANDUM

TO: CPL. C. J. COUGHLIN #1008

FROM: SERGEANT K. L. BYRD #130

SUBJECT: ARREST OF B/M NATHANIEL SHAW

DATE: 5/9/2007

On 05/09/2007 at approximately 1110 hours the Channel 1 dispatcher dispatched a patrol unit to the 5300 block of Atlanta Hwy in reference to a black male subject that was inside the RBC Bank (5375 Atlanta Hwy). They advised that the black male was wanted for Fraud and he left the bank in a blue Ford Focus with a Florida tag. They further advised that the bank manager was following the suspect in a black Dodge Ram truck. I and Sgt. Davis were in the 5100 block of Atlanta Hwy when the call was dispatched. As we approached the 5300 block the dispatcher advised that the suspect vehicle pulled into the Public's parking lot. We entered the parking lot and observed the black Dodge Ram truck. As we approached the truck we observed a blue Ford Escort parked in the parking lot, and a black male exited the vehicle. The black male was wearing a blue T-shirt and jeans. The subject was walking towards the businesses when we approached him and asked him to step to our vehicle. As we were patting the subject down for weapons the bank manager, Bryan Shaffer, pulled up beside us, and he advised that the subject we had in custody was in fact the person that he was following. Shaffer stated that the subject had been able to obtain several account numbers to RBC customers and he has withdrawn an undetermined amount of money from various accounts. The suspect, B/M Nathaniel Shaw DOB: 03/01/49, was transported to the Detective Division for further questioning.

Sgt. K. L. Byrd #130
Sergeant K. L. Byrd #130

Memorandum

TO: Sergeant Grandison

From: Cpl. J.W. Hall #1316

Date: May 9, 2007

Subject: Arrest of B/M Nathaniel Shaw

On 05/09/2007, at approximately 1230, Sgt Byrd with the Robbery Unit contacted this detective and advised me he had a B/M with several checks that were in different subjects names. He advised this detective that the subject had just tried to present a counterfeit check a RCB bank. Sgt Byrd then advised he was driving the vehicle to Police Headquarters and would have Patrol transport the subject to the Detective Division. Sgt Grandison then contacted this detective and advised the subject matched the description of a subject that had presented counterfeit checks at RCB bank on previous dates. He also advised this detective that there was a package from RCB bank with the subject's picture, affidavits of forgery, and certified copies of checks. I then went and retrieved the package and confirmed the subject in the pictures presenting the forged checks was the same subject that was in custody now. He was taken into custody at that time. He then advised this detective he had 28 names and did not know his real name. An inventory search was then conducted on the vehicle incident to arrest. Eight different ID's were located either on his person or in the vehicle he was driving. One of the ID's on the subject was a Veterans Affairs ID with the name of Nathaniel Shaw, DOB 03/01/1949, SSN of 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. This information was then run through NCIC with hit confirmations from Florida and Georgia. During the inventory search a black eyeglass case was located in the driver's side floorboard. Inside this case was substance believed to be crack cocaine. Cpl Bentley with the Narcotics Unit was contacted and the substance along with drug paraphernalia was turned over to her.

*[signature]*
Cpl J.W. Hall #1316

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| | | | | |
|---|---|---|---|---|
| VICTIM SSN | COMPLAINANT SSN | 1 ☐ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT | 2 CASE # | 010057 SFX |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | | 6 AGENCY NAME | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 3 0 1 0 0 | 05 09 07 M D Y | 1400 ☐AM ☐PM ☒MIL | Montgomery Police Department | M D Y |

| 8 REPORTED BY ☐ VICTIM OR | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE |
|---|---|---|
| Cpl C.J. Coughlin #1008 | 320 N. Ripley Street Montgomery Alabama 36104 | (334)241-2831 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) 1P ☒2B 3S | 13 ADDRESS | 14 PHONE |
|---|---|---|
| State of Alabama | 320 N. Ripley Street Montgomery Alabama 36104 | (334)241-2831 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS | 18 PHONE |
|---|---|---|---|
| City of Montgomery | Detective | 320 N. Ripley Street Montgomery Alabama 36104 | (334)241-2831 |

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐Y ☐N | 21 RACE ☐W ☐A ☐B ☐I | 22 SEX ☐MALE ☐FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐Y ☒N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD. | 31 DEGREE (CIRCLE) 1 2 3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Trafficing in Stolen Identites | | | 232(99) |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| 320 N. Ripley Street Montgomery Alabama 36104 | 04 |

| 40 POINT OF ENTRY | 41 METHOD OF ENTRY | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY ☐Y ☐N |
|---|---|---|---|
| ☐ DOOR ☐ ROOF ☐ WINDOW ☐ OTHER | ☐ FORCIBLE ☐ ATT. FORCIBLE ☐ NO FORCE | ☐ SIMPLE ☐ AGGR. | |

| OCCURRED ON OR BETWEEN | 45 TIME | 46 S M T W T F S (W4) | 47 LIGHTING | 48 WEATHER | 49 PREMISE | | 50 CODE |
|---|---|---|---|---|---|---|---|
| 05 09 07 | 1400 ☐AM ☐PM ☒MIL | | ☐NATURAL ☐MOON ☐ART. EXT ☐ART. INT ☒UNK. | ☐CLEAR ☐CLOUDY ☐RAIN ☐FOG ☐SNOW ☐HAIL ☒UNK. | ☐HWY.-ST.-ALLEY ☐RAILROAD ☐RESIDENCE ☐CHURCH ☐SCHOOL ☐CONVENIENCE ☐INDUSTRIAL ☐SERVICE STA. | ☐BANK ☐DRUG STORE ☐APT./TWN. HSE. ☐SHOPPING CENTER ☐PARKING LOT ☒OTHER COMMER. ☐OTHER | |
| 52 TIME | ☐AM ☐PM ☐MIL | 53 S M T W T F S | | | | | |

| 54 VERIFY FOR RAPE EXAM ☐Y ☐N | 55 TREAT. FOR RAPE EXAM ☐Y ☐N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT LOCATION: RAPE | 57 CODE |

| 58 WEAPON USED ☐FIREARM ☐KNIFE ☐HANDS, FISTS, VOICE, ETC. ☐OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE ☐HANDGUN ☐RIFLE ☐SHOTGUN ☐UNKNOWN |

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ☐ CONTINUED IN NARRATIVE | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS | |

75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECT'S VEH. ☐ VICTIM'S VEH. ☐ UNAUTH. USE ☐ ABANDONED

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐BUS. ☐RES. ☐RUR. | 89 OWNERSHIP VERIFIED BY: | ☐TAG RECEIPT ☐BILL OF SALE ☐TITLE ☐OTHER | 90 WARRANT SIGNED ☐YES ☐NO # |

| 91 AUTO INSURER NAME (COMPANY) ADDRESS | 92 PHONE ( ) |

| MOTOR VEH. RECOVERY ONLY REQUIRED FOR 24xx UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐YES ☐NO WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐YES ☐NO WHERE? |

**TYPE OR PRINT IN BLACK INK**

ACJIC-32 REV 8-02

INCHES 1 2 3 4 5 6

1028

'07MAY9 15:00
010057

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 05/09/07 1400 MIL. | 96 CASE # | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |
|---|---|---|---|---|---|

| 99 NAME (LAST, FIRST, MIDDLE) Shaw, Nathaniel | 100 NICKNAME/ALIAS | 101 RACE ☒B | 102 SEX ☒M | 103 DOB 03/01/49 | 104 AGE 58 |
|---|---|---|---|---|---|
| 105 ADDRESS (STREET, CITY, STATE, ZIP) 9445 Carbondale Drive W Jacksonville Fl 32208 | | 106 HGT 6'02" | 107 WGT 180 | 108 EYE Brn | 109 HAIR Bro | 110 COMPLEXION Med |
| 111 PROBABLE DESTINATION In Custody | | 112 ARMED ☒UNK. | | 113 WEAPON | |

114 CLOTHING

☐ SCARS  ☐ MARKS  ☐ TATOOS

115 WEAPON ☐ ARRESTED ☒ WANTED

| 116 NAME (LAST, FIRST, MIDDLE) U | 117 NICKNAME/ALIAS | 118 RACE | 119 SEX | 120 DOB | 121 AGE |
| 122 ADDRESS N | | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
| 128 PROBABLE DESTINATION K | | 129 ARMED | | 130 WEAPON | |

131 CLOTHING N

132 WEAPON ☐ ARRESTED ☒ WANTED

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 | N | | ( ) | ( ) |
| #2 | O | | ( ) | ( ) |
| #3 | N | | ( ) | ( ) |
| #4 | E | | ( ) | ( ) |

137

The defendant was taken into while in possession of eight ID cards.

CONTINUED ON SUPPLEMENT ☐Y ☐N

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

138 LOCAL USE  D   U K
139 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

| 147 CASE STATUS ☐ PENDING ☐ INACTIVE ☐ CLOSED ENTERED ACIC/NCIC ☐Y ☐N DATE | 148 CASE DISPOSITION ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM. CLEARED | ☐ EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER Cpl. C.J. Coughlin   ID# 1008 150 ASSISTING OFFICER   ID# 151 SUPERVISOR APPROVAL   ID#   152 WATCH CMDR.   ID# |











| | |
|---|---|
| STATE USAGE | 4802075784 |
| SIGNATURE OF PERSON FINGERPRINTED | |
| ALIASES/MAIDEN LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX | |
| FBI NO. | |
| STATE IDENTIFICATION NO. | 02872953 |
| SOCIAL SECURITY NO. | 267840433 |
| LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX | SHAW, NATHANIEL |
| DATE OF BIRTH MM DD YY | 01/03/1949 |
| SEX | M |
| RACE | B |
| HEIGHT | 600 |
| WEIGHT | 208 |
| EYES | BRO |
| HAIR | BLJ |
| | 06038421 |