IN THE DISTRICT COURT OF UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHANIEL SHAW
PLAINTIFF

v.                                CASE NO. 2:07-CV-606-ID

D.T. MARSHALL, et al.,
DEFENDANTS

## MOTION FOR LEAVE TO FILE NOTICE OF APPEAL

COMES NOW THE PLAINTIFF, NATHANIEL SHAW "Pro se" IN THE ABOVE STYLED CAUSE PURSUANT TO THE APPROPRIATE RULE AND AUTHORITY MOVES THIS HONORABLE COURT TO ENTER AN APPEAL TO THE OBJECTION WHICH WAS OVERRULED (see Doc. 46-1) MAGISTRATE JUDGE ORDERS (DOC. 40-1).

## STATEMENT IN SUPPORT

THE PLAINTIFF ASSERTS THAT PERJURY HAS IN FACT BEEN COMMITTED THROUGH OUT THESE PROCEEDINGS, THE PLAINTIFF ASK WHEN WILL THE COURT DRAW THE LINE TO STAND FOR JUSTICE, THE DEFENDANTS APPARENTLY THINK THEY ARE ABOVE THE LAW IN DIRECTOR

SAVAGE, NOT EVEN GIVING ANSWER TO THE COURTS ORDER (DOCUMENT 40-1) ORDER NUMBER 2. (SEE DOC 48-3) GINA SAVAGE AFFIDAVIT THE SAME LIE. THE PLAINTIFF BEING A LAYMAN AT LAW AND ONLY SEEING THE TRUTH VERSE LIES IN THESE PRECEEDINGS MUST APPEAL UNTIL SOME AUTHORITY WILL STAND FOR TRUTH. PLAINTIFF DO HAVE A LEGAL QUESTION FOR THE COURT. HAS BOTH, OF THE DEFENDANTS COMPLIED TO THE COURT ORDER OF SEPTEMBER 27, 2007. IF SO THE PLAINTIFF HASN'T RECEIVED A COPY. I DON'T HAVE A FULL KNOWLEDGE OF THE LAW HOWEVER I AM ABLE TO READ AND WRITE AND MUST APPEAL UNTIL SOME COURT HEAR TRUTH. I DO APPEAL (DOC 46-1).

IT IS SO PRAYED
UNDER THE PENALTY PERJURY
DONE THIS 17th DAY OF OCTOBER.

RESPECTFULLY SUBMITTED
*Nathaniel Shaw*
NATHANIEL SHAW
#89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY ALABAMA
36103

CERTIFICATE OF SERVICE

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT I HAVE ON THIS 17th DAY OF OCTOBER SENT AN EXACT COPY OF THE FOREGOING DOCUMENT BY U.S. MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED TO THE FOLLOWING:

CLERK OF COURT
UNITED STATES DISTRICT COURT
OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA
36104-0711

CONSTANCE C. WALKER ESQ.
ATTORNEY FOR DEFENDANTS
305 S. LAWRENCE ST.
MONTGOMERY, ALABAMA
36104

/S/ Nathaniel Shaw
NATHANIEL SHAW
#89354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAM
36103

NATHANIEL SHAW
BOOKING # 873354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

INMATE MAIL

MONTGOMERY AL 36
18 OCT 2007 PM
USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA

36101+0711