# NO PDF ATTACHED TO THIS ENTRY.

# SEE DOC.#55-MOTION FOR LEAVE TO APPEAL FOR PDF.