**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **NATHANIEL SHAW**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. **2:07-CV-606-ID-CSC** |
| | ) |
| **D.T. MARSHALL**, et al., | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Defendants A.D. Baylor, C.J. Coughlin and J.W. Hall, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

A.D. Baylor, C.J. Coughlin and J.W. Hall are individuals. There are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Counsel for Defendants A.D. Baylor,
C.J. Coughlin and J.W. Hall

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

> Wayne P. Turner, Esq.
> Post Office Box 152
> Montgomery, Alabama 36101
>
> Constance C. Walker, Esq.
> Thomas T. Gallion, III, Esq.
> Haskell Slaughter Young & Gallion, LLC
> 305 South Lawrence Street
> Montgomery, Alabama 36104

I further certify that on December 27, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

> Nathaniel Shaw
> Montgomery County Detention Facility
> Post Office Box 4599
> Montgomery, Alabama 36103

/s/ Allison H. Highley
Of Counsel