**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Nathaniel Shaw vs. D.T. Marshall, et al**
**Case Number: 2:07cv606-ID**

**Pleading : #63 Order**

**Notice of Correction is being filed this date to advise that the referenced order entered on 1/9/2008 should have been signed by Judge Coody..**

**The corrected pdf document is attached to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-606-ID |
| | ) | |
| D. T. MARSHALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion for declaratory judgment filed by the plaintiff on December 28, 2007 (Court Doc. No. 62), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2008.

                                              /s/ Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE