IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

2008 JAN 31  A 10: 00

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL SHAW,                    )
            PLAINTIFF,             )
                                   )
    V.                             )   CASE NO. 2:07-CV-606-ID
                                   )
D.T. MARSHALL, et al.,             )
            DEFENDANTS.            )

## NOTICE OF APPEAL

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PRO SE) IN ACCORDANCE WITH THE APPROPRIATE RULE AND AUTHORITY PURSUANT TO THE RULES OF CIVIL PROCEDURE. MOVES THIS HONORABLE COURT TO ENTER THE PLAINTIFF NOTICE OF APPEAL TO DOCUMENT #: 63-1 FILED: 01/09/2008 AND DOCUMENT #: 65-1 FILED 01/09/2008.

IT IS SO PRAYED
UNDER THE PENALTY OF PERJURY
DONE ON THIS 10th DAY OF JANUARY, 2008

RESPECTFULLY SUBMITTED
/s/ Nathaniel Shaw

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING HAS BEEN FURNISH
BY U.S. MAIL POSTAGE PREPAID TO THE
AS FOLLOWS : ON THIS 10th DAY JANUARY, 2008

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
            36101-0711

ATTORNEY ALLISON H. HIGHLEY
      CITY ATTORNEY
CITY OF MONTGOMERY
    P.O. BOX 1111
MONTGOMERY, ALABAMA
            36104

                    Nathaniel Shaw
                NATHANIEL SHAW
                # 89359 M.C.D.F.
                P.O. BOX 4599
                MONTGOMERY, ALABAMA
                        36103

NATHANIEL SPRAN
BOOKING # 89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103


USA 41

**RECEIVED**

Not for
Probate

JAN 1 5 2008

**DISTRICT COURT**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

INMATE MAIL