IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:07cv606-ID |
| v. ) | |
| ) | |
| ) | |
| D. T. MARSHALL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff Nathaniel Shaw's Notice of Appeal, filed January 31, 2008 (Doc. No. 66), which the court construes as an objection made pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, it is ORDERED that said objection be and the same is hereby OVERRULED inasmuch as the orders to which Plaintiff objects (*i.e.*, Doc. Nos. 63 and 65) are neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

DONE this 4th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE