IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv606-ID |
| | ) | |
| D.T. MARSHALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In their written responses, defendants Marshall, Savage, Smith, and Wright assert that Shaw has failed to properly exhaust the administrative remedies available to him through the Montgomery County Detention Facility's grievance procedure. (Doc. No. 22, pp. 13-14; Doc. No. 48, pp. 2-4, 12; Doc. No. 48-3, p. 3; Doc. No. 50, p. 4.) A copy of the inmate handbook or other documents which identify the grievance procedure in place at the Montgomery County Detention Facility, however, is not included as an attachment to the defendants' special report. Accordingly, it is

ORDERED that, on or before March 6, 2008, defendants Marshall, Savage, Smith, and Wright shall submit to this court any documentation provided to inmates concerning the grievance procedure at the Montgomery County Detention Facility.

Done this 21st day of February, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE