# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: (CASE:2:07-CV-00606-ID-CSC) NATHANIEL SHAW vs D.T. MARSHALL, et al

District Court No.: U.S. MIDDLE OF ALABAMA    Date Notice of Appeal Filed: 02/15/2008    Court of Appeals No.: ___

RECEIVED 2008 FEB 26 (If Available)
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHOOSE ONE:  ☐ No hearing   ☐ No transcript is required for appeal purposes   ☑ All necessary transcript(s) on file
             ☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☑ Other | I REQUEST TO HAVE THE ENTIRE CASE FILED FORWARD TO THE ELEVENTH CIRCUIT COURT OF APPEAL FOR REVIEW. | | |

## METHOD OF PAYMENT:

☐  I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐  CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: I AM A (PROSE) PLAINTIFF MY SISTER HAS POWER OF ATTORNEY WILL PAY.
Name of Firm: NATHANIEL SHAW #89354 M.C.D.F.     (POA) SARAH WEBB RHODES
Street Address/P.O. Box: P.O. BOX 4599     1152 BERTHA STREET
City/State/Zip Code: MONTGOMERY, ALABAMA 36103    JACKSONVILLE, FLORIDA 32218    Phone No: (904) 710-1756

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: 02/23/2008    SIGNED: Nathaniel Shaw    Attorney for: ___

## PART II.              COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: ___
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: ___
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: ___    Estimated no. of transcript pages: ___    Estimated filing date: ___
DATE: ___    SIGNED: ___    Phone No.: ___

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): ___
Actual No. of Volumes and Hearing Dates: ___
Date: ___    Signature of Court Reporter: ___

U.S. GOVERNMENT PRINTING OFFICE: 2005-735-932/39003

NATHANIEL SHAW
BOOKING # 89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

MONTGOMERY AL
25 FEB 2008 PM
"LET US DARE TO READ, THINK, SPEAK AND WRITE."
USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

INMATE MAIL