```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004169
Cashier ID: brobinso
Transaction Date: 03/05/2008
Payer Name: SARAH RHODES
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: NATHANIEL SHAW
 Case/Party: D-ALM-2-07-CV-000606-001
 Amount:         $455.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 200605935123
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

APPEAL FILED 2/15/08
```