IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR 20 A 9 30
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL SHAW
    PLAINTIFF,
V.                            CASE NO. 2:07-CV-00606-ID-CSC
D.T. MARSHALL et.al,
    DEFENDANTS.

## MOTION FOR LEAVE TO FILE AN OBJECTION

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PROSE) IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE PURSUANT TO THE APPROPRIATE RULE AND AUTHORITY AND MOVES THIS HONORABLE COURT TO ENTER THE PLAINTIFF MOTION FOR LEAVE TO FILE AN OBJECTION TO THE DEFENDANTS RESPONSE TO COURT ORDER DOCUMENT #:69-1.

## GROUNDS

THE PLAINTIFF IN THE ABOVE CAPTION CASE NUMBER ON FEBRUARY 21st, 2008 RECEIVED AN COURT ORDER THAT, ON OR BEFORE MARCH 6, 2008

DEFENDANTS MARSHALL, SAVAGE, SMITH AND WRIGHT, SHALL SUBMIT TO THIS COURT ANY DOCUMENTATION PROVIDED TO INMATES CONCERNING THE GRIEVANCE PROCEDURE AT THE MONTGOMERY COUNTY DETENTION FACILITY. DONE THIS 21st DAY OF FEBRUARY, 2008 SIGNED BY THE HONORABLE CHARLES S. COODY, CHIEF UNITED STATES MAGISTRATE JUDGE. THE PLAINTIFF ON MARCH 14th 2008 RECEIVED FROM THE CLERK'S OFFICE THE CIVIL DOCKET FOR CASE#: 2:07-CV-00606-ID-CSC WITH ALL DOCKET ENTRIES TO BE FORWARD TO THE UNITED STATES COURT OF APPEAL THE PLAINTIFF FIND ON DOCKET ENTRY 71 RESPONSE TO 69 ORDER OF MAGISTRATE JUDGE BY L. SMITH, SONDRA WRIGHT, GINA SAVAGE, D.T. MARSHALL. (ATTACHMENTS: #1 EXHIBIT HANDBOOK) (WALKER, CONSTANCE) MODIFIED ON 2/25/2008 TO CREATE A LINK TO ORDER (Cb.). ENTER 02/22/2008. THE PLAINTIFF WOULD FIRST OBJECT TO ANY ENTRY INTO THE RECORD WITHOUT THE PLAINTIFF RECEIVING A COPY THEREOF SUCH IS THE CASE WHERE THE PLAINTIFF FOUND OUT ABOUT THE SAID ENTRY BY RECEIVING THE CIVIL DOCKET ON MARCH 14th 2008. TO ALLOW THE DEFENDANTS TO ENTER DOCUMENTATION INTO THE RECORD WITHOUT THE PLAINTIFF HAVING KNOWLEDGE OF THE SAID ENTRY WOULD PREJUDICE THE PLAINTIFF GIVING UNFAIR

ADVANTAGE TO THE DEFENDANTS. TO ALLOW THE DEFENDANTS TO MODIFY THEIR SPECIAL REPORT IN ANY MANNER AT THIS LATE STAGE OF THESE PROCEEDINGS WOULD BE BOTH, BIAS AND PREJUDICE TO THE PLAINTIFF. CERTAINLY IF THERE HAS BEEN ANY MODIFICATION TO THE INMATE HANDBOOK THAT WAS IN FORCE AT THE TIME OF THE FILING OF THE COMPLAINT AT BAR WOULD CERTAINLY GIVE UNFAIR ADVANTAGE TO THE DEFENDANTS AND PREJUDICE THE PLAINTIFF THE PLAINTIFF IF THERE HAS BEEN A MODIFICATION TO THE INMATE HANDBOOK THE PLAINTIFF WOULD REQUEST OF THIS HONORABLE COURT TO ORDER THE DEFENDANTS TO PROVIDE THE PLAINTIFF WITH A COPY OF IT, AND THAT ALL INMATES BE PROVIDED A COPY. THE PLAINTIFF AFTER REVIEW OF THE ENTIRE CIVIL DOCKET SEE THAT THERE WAS AN ORDER ISSUED BY THE HONORABLE SUSAN RUSS WALKER THAT ORDERED DEFENDANTS ART BAYLOR AND C.J. COUGHLIN SHALL FILE AN ACTUAL PHOTOGRAPH DOCKET NUMBER 25 ON 09/05/2007 DOCKET NUMBER 26 RESPONSE TO ORDER RE 25 ORDER TO FILE PHOTOGRAPH BY ART BAYLOR, C.J. COUGHLIN. (HIGHLEY, ALLISON) ADDITIONAL ATTACHMENT(S) ADDED ON 9/5/2007 TO ADD THE PHOTOGRAPH ATTACHMENT

4 OF 5

PREVIOUSLY OMITTED BY E-FILE (qc/djy,). ENTERED: 09/05/2007. DOCKET ENTRY 27 NOTICE OF CORRECTION RE 26 RESPONSE TO ORDER TO ADD THE PHOTOGRAPH ATTACHMENT PREVIOUSLY OMITTED BY E-FILER (ATTACHMENTS: #1 DOCKET ENTRY 26 PHOTOGRAPH ATTACHMENT)(djy,)(ENTERED: 09/05/2007) THE PLAINTIFF DOESN'T HAVE ACCESS TO E-FILER AND THE PHOTOGRAPH OF SPECIAL REPORT 23 HAD THE PLAINTIFF WEARING A WHITE SHIRT HOWEVER THE PLAINTIFF AT THE TIME ARRESTED WAS WEARING A DARK SHIRT. THE PLAINTIFF REQUEST OF THIS HONORABLE COURT TO PROVIDE THE PLAINTIFF A COPY OF THE SECOND PHOTOGRAPH IN COMPLIANCE WITH THE COURT ORDER DOCKET ENTRY 25 09/05/2007. THE PLAINTIFF OBJECT THAT THE ENTRIES ABOVE MENTION HAS NOT BEEN PROVIDED TO THE PLAINTIFF AND SHOULDN'T BE ENTERED INTO THE RECORD. IT IS SO PRAYED

UNDER THE PENALTY OF PERJURY.
DONE ON THIS 18th DAY OF MARCH 2008

RESPECTFULLY SUBMITTED
*Nathaniel Shaw*
NATHANIEL SHAW
#89354 M.C.D.I.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORGOING HAS BEEN FURNISH VIA U.S. MAIL POSTAGE PRE PAID TO AS FOLLOWS: ON THIS 18th DAY OF MARCH 2008.

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

ATTORNEY CONSTANCE C. WALKER
HASKELL SLAUGHER YOUNG & GALLION LLC
P.O. BOX 4660
MONTGOMERY, ALABAMA
36103-4660

SIGNED
*Nathaniel Shaw*
NATHANIEL SHAW
#89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

NATHANIEL SHAW
BOOKING # 89354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

MONTGOMERY AL. 36
19 MAR 2008 PM
USA 41

**INMATE MAIL**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711