IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on March 20, 2008 (Court Doc. No. 74), which the court construes to contain a motion to compel production of documents, and for good cause, it is

ORDERED that:

1. The motion to compel production be and is hereby GRANTED.

2. On or before April 3, 2008,. the defendants shall furnish to the plaintiff the photograph attachment filed on September 5, 2007 and a copy of the response and exhibit filed on February 22, 2008.

Done this 21st day of March, 2008.

                                               /s/ Charles S. Coody
                                               CHARLES S. COODY
                                               CHIEF UNITED STATES MAGISTRATE JUDGE