**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NATHANIEL SHAW**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. **2:07-CV-606-ID-CSC** |
| ) | |
| **D.T. MARSHALL**, et al., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO ORDER COMPELLING PRODUCTION**

COME NOW Defendants Art Baylor and C. J. Coughlin, in compliance with this Court's Order on Motion (Doc. 76) and notice this Court that a color copy of the photograph attachment filed herein by them on September 5, 2007 (Doc. 23-4), has been mailed to Plaintiff care of the Montgomery County Detention Facility. Defendants note that this is in addition to the black and white copy of the same photo that Plaintiff received with his copy of the first special report filed by these defendants (Doc. 23).

Respectfully submitted this 29th day of March 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants Art Baylor
and C. J. Coughlin

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2008, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

>Wayne P. Turner, Esq.
>Post Office Box 152
>Montgomery, Alabama 36101
>
>Constance C. Walker, Esq.
>Thomas T. Gallion, III, Esq.
>Haskell Slaughter Young & Gallion, LLC
>305 South Lawrence Street
>Montgomery, Alabama 36104

I further certify that on March 29, 2008, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Nathaniel Shaw
>Montgomery County Detention Facility
>Post Office Box 4599
>Montgomery, Alabama 36103

>/s/ Allison H. Highley
>Of Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk of Court which will cause e-mail notification to be sent to the following:

>Wayne P. Turner, Esq.
>Post Office Box 152
>Montgomery, Alabama 36101
>
>Constance C. Walker, Esq.
>Thomas T. Gallion, III, Esq.
>Haskell Slaughter Young & Gallion, LLC
>305 South Lawrence Street
>Montgomery, Alabama 36104

I further certify that on September 5, 2007, I mailed the foregoing via U.S. Mail, first-class postage prepaid, addressed as follows:

>Nathaniel Shaw
>Montgomery County Detention Facility
>Post Office Box 4599
>Montgomery, Alabama 36103

>/s/ Allison H. Highley
>Of Counsel