IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 APR -8 A 10: 07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PAGE 1 OF 5

NATHANIEL SHAW,
    PLAINTIFF,

  V.

D. T. MARSHALL, et al.,
    DEFENDANTS.

CASE NO. 2:07-CV-00606-ID-CSC

## MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PROSE) IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE RULE 56. SUMMARY JUDGMENT (a)(1) AND MOVES THIS HONORABLE COURT TO ENTER THE PLAINTIFF MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT ON ALL OF THE CLAIMS OF CASE NO. 2:07-CV-00606-ID-C

## GROUNDS AND RELIEF SOUGHT

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PROSE) IN THE ABOVE CASE CAPTION FILED 06/29/2007 WITH A MOTION FOR LEAVE TO AMEND 1 COMPLAINT BY NATHANIEL SHAW. ATTACHMENTS: #(1) SUPPLEMENTAL ADDENDUM AND/OR AMENDED COMPLAINT )(dmn)(ENTERED 09/05/20 DOCKET ENTRY 30 AMENDMENT TO COMPLAINT

AGAINST C. SMITH, SONDRA WRIGHT, DETECTIVE HALL, GINA SAVAGE, D.T. MARSHALL, ART BAYLOR, C.J. COUGHLIN, DOCTOR BATES, FILED BY NATHANIEL SHAW. (dmn)(ENTERED: 09/06/2007)

DOCKET ENTRY 29 ORDER THAT 28 MOTION FOR LEAVE TO AMEND 1 COMPLAINT FILED BY NATHANIEL SHAW IS GRANTED. DEFENDANTS HALL, SMITH AND WRIGHT SHALL FILE A WRITTEN REPORT ON OR BEFORE 10/9/2007 DEFENDANTS MARSHALL, BAYLOR, COUGHLIN, BATES AND SAVAGE SHALL FILE SUPPLEMENTAL WRITTEN REPORTS ON OR BEFORE 10/9/2007. ORDER TO FILE SPECIAL REPORT ON OR BEFORE 10/9/2007 BY ALL DEFENDANTS ADDRESSING THE COMPLAINT, AS AMENDED. COPIES MAILED TO PLAINTIFF; MAILED BY CMRRR WITH COMPLAINT AND AMENDMENT TO THE COMPLAINT TO DETECTIVE HALL, OFFICER C. SMITH AND SONDRA WRIGHT; COPY WITH AMENDMENT TO THE COMPLAINT FURNISHED TO COUNSEL OF RECORD FOR DEFENDANTS MARSHALL, BAYLOR, COUGHLIN, BATES AND SAVAGE. SIGNED BY JUDGE SUSAN RUSS WALKER ON 9/6/2007. (dmn)(ENTERED: 09/06/2007).

THE PLAINTIFF DOCKET ENTRY 58 RESPONSE IN OPPOSITION re 23 SPECIAL REPORT AND 47 SUPPLEMENTAL SPECIAL REPORT BY NATHANIEL SHAW. (cb,)(ENTERED: 10/30/2007).

DOCKET ENTRY 59 RESPONSE IN OPPOSITION re 41
ANSWER BY NATHANIEL SHAW. (ATTACHMENTS: #1 AFFIDAVIT)
(Cb) (ENTERED: 10/30/2007)

DOCKET ENTRY 60 RESPONSE IN OPPOSITION re 22
SPECIAL REPORT, 48 SUPPLEMENTAL SPECIAL REPORT,
AND 49 AMENDED SUPPLEMENTAL SPECIAL REPORT BY
NATHANIEL SHAW (Cb) (ENTERED: 10/30/2007)
THE PLAINTIFF ASSERT THAT HE HAS GIVEN A
RESPONSE IN OPPOSITION TO EVERY SPECIAL
REPORT AND SUPPLEMENTAL SPECIAL REPORT
OF THE DEFENDANTS OF CASE NO. 2:07-CV-00606-ID-CSC
AND IN THE PROCESS HAS UNCOVERED A FULL
BLOWN CONSPIRACY IN THE PLAIN VIEW OF THIS
HONORABLE COURT OR ANY COURT OF LAW THAT
TAKE THE TIME TO COMPARE THE AFFIDAVITS OF
THE DEFENDANTS OF THE MONTGOMERY CITY POLICE
DEPARTMENT OFFICERS C.J. COUGHLIN, J.W. HALL
AND K.L. BYRD IN COMPARISON TO THE ALABAMA
UNIFORM ARREST REPORT SIGNED BY C.J. COUGHLIN,
WHOM ON HIS SWORN AFFIDAVIT DOCUMENT 47-5
PAGE 2 OF 3 NUMBER 4. STATE  I WAS NOT
PRESENT AT MR. SHAW'S APPREHENSION OR ARREST.
THIS IS PERJURY TO COVER-UP THE FACT THAT
EXCESSIVE FORCE HAD BEEN USED THAT CAUSE
THE PLAINTIFF NOT TO HAVE VISION IN HIS LEFT
EYE. THE PLAINTIFF WILL ATTEST THAT THE ONE
TO INFLICT THE EXCESSIVE FORCE WAS J.W. HALL.

THESE BAD FAITH PERJURED DOCUMENTS WAS
DESIGNED BY THE CITY ATTORNEY OFFICE
TO CREATE A CONSPIRACY. THE MAGNITUDE OF
BAD FAITH AFFIDAVITS CONTAINING PERJURED
STATEMENTS BY THESE DEFENDANTS GIVE RISE
FOR ONE TO WONDER DOES THE CONSTITUTION
APPLY TO THESE DEFENDANTS IN MONTGOMERY,
ALABAMA WHO HAVE DESIGNED A CONSPIRACY
THAT CAN BE PROVEN BEYOND A DOUBT. THE
PLAINTIFF OUT OF RESPECT FOR THIS HONORABLE
COURT FIRST AND FARMOST AND TO NOT INFRINGE
ON THE PROFESSIONAL CAREERS OF ANY OTHER
THAN THOSE WHOM CAUSE THE PLAINTIFF TO BE
WITHOUT VISION IN HIS LEFT EYE AND TO BE
WITH LARGE AREA'S OF SKIN DISCOLORATION DUE
TO BEING PRESCRIBED WRONG MEDICATION. THE PLAINTIFF
HUMBLY PRAYS THIS HONORABLE COURT GRANT
THE PLAINTIFF MOTION FOR LEAVE TO FILE
A MOTION FOR SUMMARY JUDGMENT ON ALL
CLAIMS SET FORTH BY PLAINTIFF NATHANIEL
SHAW, AND THAT COMPENSATORY AND PUNITIVE
DAMAGES BE AWARDED IN ACCORDANCE WITH
THE GRANTED AMENDED COMPLAINT. IT IS
SO PRAYED UNDER THE PENALTY OF PERJURY.
        DONE ON THIS 2th DAY OF APRIL 2008

RESPECTFULLY SUBMITTED

Nathaniel Shaw

NATHANIEL SHAW
#89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA 36103


CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON APRIL 7, 2008 I
MAILED THE FOREGOING VIA U.S. MAIL, FIRST-CLASS POSTAGE
PREPAID, ADDRESSED AS FOLLOWS:

OFFICE OF THE CLERK
U.S. DISTRICT COURT FOR MONTGOMERY, AL
P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711


ATTORNEY ALLISON HALE HIGHLEY
CITY ATTORNEY OFFICE MONTGOMERY, AL.
P.O. BOX 1111
MONTGOMERY, ALABAMA 36101-1111

Nathaniel Shaw
NATHANIEL SHA
#89354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, AL
36103

NATHANIEL SHAW
BOOKING # 89359 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103



MONTGOMERY AL 361

07 APR 2008 PM 4

USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

INMATE MAIL

3610130711