IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Nathaniel Shaw, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-606
)
D. T. Marshall & Gina Savage, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Cassandra Smith, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

4/10/2008                             /s/Constance C. Walker
Date                                  (Signature)

Constance C. Walker (ASB-510-L66C)
(Counsel's Name)

Cassandra Smith
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
Post Office Box 4660, Montgomery, Alabama 36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Constance C. Walker, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U. S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of April 20 08, to:

Nathaniel Shaw, Montgomery County Detention Facility, P. O. Box 4599, Montgomery, AL 36103

Wayne P. Turner, Post Office Box 152, Montgomery, Alabama 36101-0152

Allison H. Highley, City of Montgomery, Legal Dept., P. O. Box 1111, Montgomery, AL 36101

4/10/2008                                           /s/Constance C. Walker
Date                                                     Signature