IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHANIEL SHAW,               )
                              )
              Plaintiff,      )
                              )
       v.                     )        CIVIL ACTION NO. 2:07cv606-ID
                              )
D.T. MARSHALL, *et al.*,      )
                              )
              Defendants.     )

## ORDER

On April 8, 2008, the plaintiff filed a motion for leave to file a motion for

summary judgment.  (Doc. No. 81.)  Upon consideration of the motion, it is

ORDERED that the motion for leave to file a motion for summary judgment be

and is hereby DENIED.

Done this 11th day of April, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE