IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv606-ID |
| | ) | (WO) |
| D.T. MARSHALL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that this case be set for a scheduling conference by telephone conference on May 19, 2008, at 9:00 a.m. The defendants shall set up the conference call. The persons having custody of the plaintiff shall make him available for this conference call.

Done this 5th day of May, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE