1 of 3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAY -5  A 10: 11
DEBRA P. HACKETT, C[L]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL SHAW,
    PLAINTIFF,
V.
D.T. MARSHALL, et al.,
    DEFENDANTS.

CASE NO. 2:07-CV-00606-ID-CSC

MOTION FOR LEAVE TO FILE A
MOTION FOR SETTLEMENT CONFERENCE HEARING AND/OR
MOTION TO SET A JURY TRIAL DATE

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PROSE) IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND PURSUANT TO THE APPROPRIATE RULE AND AUTHORITY GOVERN BY THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND RESPECTFULLY MOVE THIS HONORABLE COURT TO ENTERTAIN THE PLAINTIFF MOTION FOR SETTLEMENT CONFERENCE HEARING AND/OR MOTION TO SET A JURY TRIAL DATE ON THE ABOVE CAPTION CASE NUMBER.

GROUNDS

COMES NOW THE PLAINTIFF NATHANIEL SHAW, AND MOVE THIS HONORABLE COURT TO SET THE ABOVE CAPTION CASE DOWN FOR A SETTLEMENT CONFERENCE

HEARING TO DETERMINE IF THE PARTIES WOULD SETTLE THIS MATTER BEFORE THE TRIAL DATE FOR (DATE UNKNOWN) TO DETERMINE AND/OR REACH AN AMOUNT OTHER THAN THAT SPECIFIED IN THE PLAINTIFF AMEND CLAIM OF PUNITIVE DAMAGES OF $1,500,000.00 DOLLARS AND COMPENSATORY DAMAGES OF $2,500,000.00 DOLLARS. THE PLAINTIFF PRAY THIS HONORABLE COURT WILL ISSUE AN ORDER TO HAVE THE SHERIFF OR HIS AGENTS OR THE U.S. MARSHALL'S OFFICE TO TRANSPORT THE PLAINTIFF TO APPEAR BEFORE THIS HONORABLE COURT IF A SETTLEMENT CONFERENCE HEARING IS GRANTED BY THIS HONORABLE COURT THAT, THE FEDERAL CRIMINAL VIOLATIONS MIGHT BE RESOLVED AND BOTH PARTIES MIGHT CONTINUE THEIR LIVES WITHOUT RESTRAINT OF CONFINEMENT. THE PLAINTIFF REQUEST OF THIS HONORABLE COURT THAT IF A SETTLEMENT CONFERENCE CAN'T BE REACHED THEN A TRIAL DATE BE SET BY THIS HONORABLE COURT SINCE, THERE WASN'T AN OBJECTION TO THIS HONORABLE COURT RECOMMENDATION OF THE MAGISTRATE JUDGE WHICH, STATED THAT THE ABOVE CAPTION CASE BE SET FOR A JURY TRIAL.

IT IS SO PRAYED

UNDER THE PENALTY OF PERJURY DONE ON THIS 1ST DAY OF MAY 2008.

3 OF 3

RESPECTFULLY SUBMITTED

/s/ Nathaniel Shaw
NATHANIEL SHAW
#89354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISH VIA U.S. MAIL POSTAGE PREPAID TO AS FOLLOWS: ON THIS 1ST DAY OF MAY 2008.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

ATTORNEY ALLISON H. HIGHLEY
CITY ATTORNEY
P.O. BOX 1111
MONTGOMERY, ALABAMA
36101

/s/ Nathaniel Shaw
NATHANIEL SHAW
#89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

NATHANIEL SHAW
BOOKING # 84354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

MONTGOMERY AL 3[...]
02 MAY 2008 PM
USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

**INMATE MAIL**

36101+0711