Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 07, 2008

**Appeal Number: 08-10767-H**
Case Style: Nathaniel Shaw v. D. T. Marshall
District Court Number: 07-00606 CV-F-N ()

TO:   Nathaniel Shaw (89354)

CC:   Constance C. Walker

CC:   Wayne Paulk Turner

CC:   Debra P. Hackett

CC:   Thomas T. Gallion, III

CC:   Allison Hale Highley

CC:   Troy King

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 07, 2008

Nathaniel Shaw (89354)
Montgomery County Detention Facility
PO BOX 4599
MONTGOMERY AL 36103-4599

**Appeal Number: 08-10767-H**
Case Style: Nathaniel Shaw v. D. T. Marshall
District Court Number: 07-00606 CV-F-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 0 7 2008
THOMAS K. KAHN
CLERK
```

No. 08-10767-H

NATHANIEL SHAW,

                              Plaintiff-Appellant,

versus

D. T. MARSHALL,
Sheriff,
ART BAYLOR,
Chief of Police Montgomery Police Department,
C. J. COUGHLIN,
Sgt.,
DOCTOR BATES,
Doctor Montgomery County Detention Facility,
GINA SAVAGE,
Jail Administrator, et al.,

                              Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before MARCUS, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

    Nathaniel Shaw's April 7, 2008, and April 21, 2008 "Motion[s] for Leave to File a Motion for Reconsideration," construed as motions for reconsideration of our March 26, 2008, order dismissing this appeal for lack of jurisdiction, are DENIED.