**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **NATHANIEL SHAW**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. **2:07-CV-606-ID-CSC** |
| | ) | |
| **D.T. MARSHALL**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**</u>

PLEASE TAKE NOTICE that Allison H. Highley, of the City of Montgomery Legal Department, hereby withdraws as attorney for Defendants C.J. Coughlin and J.W. Hall, and that Michael D. Boyle, also with the City of Montgomery, is hereby substituted as counsel for these defendants effective immediately. All future papers, pleadings and correspondence should be served upon Mr. Boyle at the address below.

Respectfully submitted this 12th day of May, 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Withdrawing Attorney

/s/ Michael. D. Boyle
Michael D. Boyle (BOY032)
Substituting Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2008, I electronically filed the foregoing with the

Clerk of Court which will cause e-mail notification to be sent to the following:

> Wayne P. Turner, Esq.
> Post Office Box 152
> Montgomery, Alabama 36101
>
> Constance C. Walker, Esq.
> Thomas T. Gallion, III, Esq.
> Haskell Slaughter Young & Gallion, LLC
> 305 South Lawrence Street
> Montgomery, Alabama 36104

I further certify that on May 12, 2008, I mailed the foregoing via U.S. Mail, first-

class postage prepaid, addressed as follows:

> Nathaniel Shaw
> Montgomery County Detention Facility
> Post Office Box 4599
> Montgomery, Alabama 36103

/s/ Allison H. Highley
Allison H. Highley (HIG024)