IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTIONS**

On May 12, 2008, counsel for the defendants, Allison H. Highley, filed a notice of withdrawal and substitution of counsel (Court Doc. No. 91). In this document, Highley seeks to withdraw from representation of the defendants and requests substitution of Michael D. Boyle as counsel for the defendants. The court therefore construes this document to contain a motion to withdraw as counsel and motion for substitution of counsel. For good cause, it is

ORDERED that the motion to withdraw as counsel and motion for substitution of counsel be and are hereby GRANTED.

Done this 13th day of May, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE