IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO.  2:07CV606-ID-CSC |
| | ) | |
| C.J. COUGHLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

During a scheduling conference, the court advised the parties of their opportunity to consent to the Magistrate Judge conducting a jury trial in this case.  In the event the parties wish to consent to the Magistrate Judge's jurisdiction, the parties should confirm their consent in writing on the attached consent form.  Accordingly, if the parties wish to consent to the Magistrate Judge conducting a jury trial in this case, the parties are

DIRECTED to complete and send to the Clerk of the Court the attached consent form so that the form is received by the Clerk on or before June 10, 2008.  DO NOT FILE THIS FORM..

If the form is not received by the Clerk of the Court on or before the aforementioned deadline, this court will assume that the parties do not wish to consent to a Magistrate Judge conducting a jury trial in this case.

Done this 19th day of May, 2008.


        /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHANIEL SHAW,                      )
                                     )
      Plaintiff,                     )
                                     )
v.                                   )    CIV. ACT. NO.  2:07CV606-ID-CSC
                                     )
C.J. COUGHLIN, *et al.*,             )
                                     )
      Defendants.                    )


**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

      In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court,  hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.


_____          _____
      Date                                 Signature


                                     _____
                                     Counsel For (**print** name of all parties)


                                     _____
                                     Address, City, State Zip Code


                                     _____
                                     Telephone Number

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.** If you decline consent to the jurisdiction of a Magistrate Judge, this case will be assigned to the District Judge.