IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO. 2:07CV606-ID-CSC |
| | ) |
| C.J. COUGHLIN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for leave to file a motion for a settlement conference hearing and/or a motion to set a jury trial date (doc. # 89). On May 19, 2008, the court held a status and scheduling conference. Accordingly, it is

ORDERED that the motion for leave to file a motion for a settlement conference hearing and/or a motion to set a jury trial date (doc. # 89) be and is hereby DENIED as moot.

Done this 23rd day of May, 2008.

                                   /s/Charles S. Coody
                                   CHARLES S. COODY
                                   UNITED STATES MAGISTRATE JUDGE