IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07cv606-ID |
| | ) |
| D. T. MARSHALL, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# O R D E R

It is CONSIDERED and ORDERED that this case is set for a pretrial hearing on **September 23, 2008** at 1 p.m. in Courtroom 2B, United States Courthouse, One Church Street, Montgomery, Alabama. **The persons having custody of the plaintiff are directed to produce him at the pretrial conference and the October 20, 2008 trial. The Clerk of Court is DIRECTED to provide the Montgomery County Detention Facility a copy of this order.**

The pretrial hearing will be conducted in consideration of the matters provided for in Rule 16. All parties are expected to have fully complied with this court's Rule 16 order. All parties should prepare and have ready all possible admissions of fact and documents which might avoid unnecessary proof upon trial.

ANY PRO SE LITIGANTS AND ALL LEAD TRIAL COUNSEL FOR ALL REPRESENTED PARTIES MUST BE PRESENT at the time above designated and be fully prepared to state the facts of the case in the most minute detail and to admit all facts that are true. Appropriate penalties will be imposed for failure to comply with these requirements.

Defendants are DIRECTED to prepare a proposed pretrial order in accordance with the attached outline without the plaintiff's contentions. Counsel for defendants are DIRECTED to e:mail the proposed pretrial order to *propord_dement@almd.uscourts.gov* in Word or WordPerfect format, **to be received no later than *three* business days prior to the pretrial hearing.** Defendants shall be prepared to discuss stipulations with the plaintiff at the pretrial conference.

TRIAL TERM COMMENCES: October 20, 2008, in Montgomery, Alabama.

DONE this 28th day of July, 2008.

                                                  /s/ Ira DeMent
                                         SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07cv606-ID |
| | ) | |
| D. T. MARSHALL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PRETRIAL HEARING**

A pretrial hearing was held in this case on _____, in Montgomery, Alabama, wherein the following proceedings were held and actions taken:

1. PARTIES AND TRIAL COUNSEL:

    For plaintiff(s):

    For defendant(s):

    COUNSEL APPEARING AT PRETRIAL HEARING:

    For plaintiff(s):

    For defendant(s):

2. JURISDICTION AND VENUE:

3. PLEADINGS:  The following pleadings and amendments were allowed:

4. CONTENTIONS OF THE PARTIES:

    (a) The plaintiff(s)

    (b) The defendant(s)

5. STIPULATIONS BY AND BETWEEN THE PARTIES:

6. Counsel will receive a trial docket approximately one month prior to the trial term.

It is ORDERED as follows:

(1) Jury selection is set at 10:00 a.m. on the 20th day of October, 2008, in Montgomery, Alabama.

(2) The trial, which is to last _____ days, is set to begin during the term of court commencing the 20th day of October, 2008, in Montgomery, Alabama.

(3) The parties are to file motions in limine (to be fully briefed), no later than September 29, 2008.

(4) The parties are to file the following no later than September 29, 2008:

a. requested voir dire questions, **Note: Voir dire questions should not duplicate questions in the jury questionnaire**, and

b. proposed jury instructions together with citations of authority in support of each proposed instruction.

(5) All understandings, agreements, and stipulations contained in this pretrial order shall be binding on all parties unless that Order be hereafter modified by order of the court.

CONSIDERED and ORDERED this ____ day of _____, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE