IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for court order filed by the plaintiff on August 22, 2008 (Court Doc. No. 98), and as the court does not deem it necessary to interfere with the daily operation of the detention facility, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of August, 2008.

            /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE