IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on August 22, 2008 (Court Doc. No. 98), which the court construes to contain a motion for transfer to federal custody, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 25th day of August, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE