IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 SEP -3 A 10: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL SHAW,
  PLAINTIFF,

V.                                    CASE NO. 2:07-CV-00606-ID-CSC

D.T. MARSHALL, et al.,
  DEFENDANTS.

## DUTY OF DISCLOSURE

COMES NOW THE PLAINTIFF NATHANIEL SHAW, (PRO SE) IN ACCORDANCE WITH THE COURTS ORDER OF JULY 28, 2008 AND IN ACCORDANCE WITH AND PURSUANT TO THE PROVISIONS OF RULE 26(a)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE, IDENTIFY ANY PART OF A DEPOSITION OR OTHER DOCUMENT THAT A PARTY EXPECTS TO USE AT TRIAL.

(1) THE PLAINTIFF PLAN TO USE ALL SWORN AFFIDAVITS TANGIBLE THINGS THAT ARE IN POSSESSION, CUSTODY, OR CONTROL OF THE DEFENDANTS THAT THE PLAINTIFF MAY USE TO SUPPORT HIS CLAIMS.

(2.) THE PLAINTIFF PLAN TO USE ALL SPECIAL REPORTS, AFFIDAVITS OR ANY SUPPORTIVE EVIDENCE CONTAINED IN ALABAMA MIDDLE DISTRICT (MONTGOMERY) CIVIL DOCKET FOR CASE #: 2:07-CV-00606-ID-CSC.

(3.) THE PLAINTIFF REQUEST THE COURT TO COMPEL DISCOVERY OF THE SUPPRESSION HEARING TRANSCRIPT OF JUNE 9, 2008 CASE NO.: CC-07-1624-TMH IN WHICH EACH OF THE DEFENDANTS WERE UNDER OATH BEFORE THE HONORABLE TRUMAN M. HOBBS, THE PLAINTIFF REQUEST THIS TRANSCRIPT FOR IMPEACHMENT PURPOSES.

(4.) THE PLAINTIFF RESERVE THE RIGHT TO CALL ANY DEFENSE WITNESSES AS HOSTILE WITNESSES (30) DAYS BEFORE TRIAL.

(5.) THE PLAINTIFF REQUEST OF THE COURT TO COMPEL DISCOVERY OF THE DEFENDANTS IN ACCORDANCE WITH THE RULES SET FORTH BY THIS HONORABLE COURT

IT IS SO PRAYED
    UNDER THE PENALTY OF PERJURY

DONE ON THIS 1st DAY OF SEPTEMBER 2008.

RESPECTFULLY SUBMITTED

*Nathaniel Shaw*
NATHANIEL SHAW
#89354 M.C.D.F
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISH VIA U.S. MAIL POSTAGE PRE PAID TO AS FOLLOWS: ON THIS 1st DAY OF SEPTEMBER 2008.

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

ATTORNEY MICHEAL BOYLE
CITY ATTORNEY
P.O. BOX 1111
MONTGOMERY, ALABAMA
36164

SIGNED:
*Nathaniel Shaw*
NATHANIEL SHAW
#89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, AL.
36103

NATHANIEL SMITH
BOOKING # 89354 M.C.D.F.
P.O. BOX 4599
MONTGOMERY, ALABAMA
36103

02 SEP 2008 PM 1 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA
36101-0711