IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-606-ID |
| | ) |
| D. T. MARSHALL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to compel filed by the plaintiff on September 3, 2008 (Court Doc. No. 102), in which the plaintiff seeks production of a suppression hearing transcript in which the defendants provided sworn testimony regarding issues present in this case, and for good cause, it is

ORDERED that on or before September 24, 2008 the defendants shall show cause why this motion should not be granted.[1]

Done this 4th day of September, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff asserts this hearing occurred on June 9, 2008 before the Circuit Court of Montgomery County, Alabama in Case No. CC-07-1624-TMH.