IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL SHAW,           )<br>                              )<br>    Plaintiff,             )<br>                              )<br>v.                            )<br>                              )<br>D.T. MARSHALL, *et al.*,   )<br>                              )<br>    Defendants.            ) | CIVIL ACTION NO.  2:07cv606-TMH<br>                (WO) |

**ORDER**

Upon consideration of the motion for leave to file a Rule 60(b)(1)(6) motion filed the by plaintiff on October 14, 2009 (doc. # 159), and as the plaintiff presents no basis for such a motion, it is

ORDERED that the motion for leave to file a Rule 60(b)(1)(6) motion (doc. # 159) be and is hereby DENIED.

Done this 23rd day of October 2009.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE